1  MARC E. MAYER (SBN 190969)
      mem@msk.com
2  MITCHELL SILBERBERG & KNUPP LLP
    2049 Century Park East, 18th Floor
3  Los Angeles, CA  90067-3120
    Telephone: (310) 312-2000
4  Facsimile: (310) 312-3100

5  THERESA B. BOWMAN (*pro hac application forthcoming*)
      tbb@msk.com
6  MITCHELL SILBERBERG & KNUPP LLP
    1818 N STREET NW, SUITE 700
7  WASHINGTON, DC 20036
    Telephone: (202) 355-7900
8  Facsimile: (202) 355-7899

9  Attorneys for Plaintiff Riot Games, Inc.

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13  RIOT GAMES, INC.,                    CASE NO. 2:21-cv-8800

14              Plaintiff,               **COMPLAINT FOR:**

15       v.                             **(1)  INFRINGEMENT OF A**
                                         **FEDERALLY REGISTERED**
16  JOHN DOES 1-10, inclusive,           **MARK [15 U.S.C. § 1114];**

17              Defendants.              **(2) FALSE DESIGNATION OF**
                                         **ORIGIN [15 U.S.C. § 1125(A)];**
18
                                         **(3)  UNFAIR COMPETITION**
19                                       **[COMMON LAW AND CAL. BUS.**
                                         **& PROF. CODE § 17200];**
20
                                         **(4)  VIOLATION OF THE**
21                                       **RACKETEER INFLUENCED AND**
                                         **CORRUPT ORGANIZATIONS**
22                                       **(RICO) ACT [18 U.S.C. § 1962(C)];**

23                                       **(5) VIOLATION OF THE**
                                         **RACKETEER INFLUENCED AND**
24                                       **CORRUPT ORGANIZATIONS**
                                         **(RICO) ACT [18 U.S.C. § 1962(D)]**
25

26                                       **DEMAND FOR JURY TRIAL**

27

28

Mitchell
Silberberg &
Knupp LLP

13718560.2

Riot Games, Inc. ("Riot") alleges as follows:

**PRELIMINARY STATEMENT**

1.      This is an action for trademark infringement and false designation of origin under the federal Lanham Act, violations of the federal Racketeering Influenced and Corrupt Organizations (RICO) Act, and unfair competition under California law.  By this action, Riot seeks to put an end to the willful and bad faith misappropriation of Riot's well-known RIOT and RIOT GAMES brand names by an organized enterprise of scammers posing as Riot employees in order to steal bank account information, social security numbers, and other personal identifying information used to commit identity theft (the "Job Scam Enterprise").

2.      Defendants, operating as and through the Job Scam Enterprise, prey upon aspiring professional artists, as well as other content developers and designers, who are interested in employment with Riot's art and design teams.  To effectuate their scheme, Defendants impersonate real Riot employees and in-house recruitment professionals (creating fake "Riot" email, chat and text profiles in order to do so), then set up and carry out a detailed fake job application process – replete with numerous fake offer documents and even fake contracts emblazoned with RIOT and RIOT GAMES marks.  After exploiting Riot's brand name to build trust with their victims, Defendants then trick and defraud them into providing money and valuable, confidential personal information.

3.      Defendants' scam is absolutely appalling.  Their victims largely are young, naïve, and want nothing more than to work for Riot, one of the most prestigious video game companies in the world.  Defendants prey on the hopes and dreams of these individuals in order to steal their identities and pillage their bank accounts.  Their use of the RIOT and RIOT GAMES trademarks as a hook to trap victims (and would-be victims) not only harms these unsuspecting individuals, but also harms Riot's reputation and the goodwill of its brand.  Accordingly, the Court

1  should enjoin any further use of the RIOT and RIOT GAMES names by

2  Defendants, order Defendants to compensate Riot for the damage done to its brand,

3  and award treble and punitive damages against Defendants.

4

5  **JURISDICTION AND VENUE**

6       4.     This is an action arising in part under the Lanham Act, 15 U.S.C.

7  § 1051, *et seq.*, the RICO Act, 18 U.S.C. § 1961, *et seq.* and under California

8  statutory law.

9       5.     This Court has subject matter jurisdiction over this matter pursuant to

10  15 U.S.C. § 1121, 28 U.S.C. §§ 1331 and 1338(a) and (b), and 18 U.S.C. § 1964(c)

11  in that it involves an action arising under the Lanham Act and the RICO Act.  This

12  Court has supplemental jurisdiction over the state law claim pursuant to 28 U.S.C.

13  § 1367.

14       6.     Defendants are subject to personal jurisdiction in the state of

15  California because the unlawful conduct complained of herein has taken place in

16  and causes injury in this judicial district, including because Defendants (1) have

17  directed their activities at Los Angeles, California-based Riot and its trademarks,

18  (2) transact business in this judicial district, (3) use California-based social media

19  platforms to conduct their scam, and (4) have used the names of Riot's California

20  employees to further their scam, and (5) have stolen logos, letters, forms, and other

21  materials from Riot in California.

22       7.     Venue is proper in this judicial district pursuant to 28 U.S.C.

23  § 1391(b) in that a substantial part of the events giving rise to this Complaint

24  occurred in this judicial district.

25

26  **THE PARTIES**

27       8.     Riot is a corporation duly organized and existing under the laws of the

28  State of Delaware, with its principal place of business in Los Angeles, California.

Mitchell
Silberberg &
Knupp LLP

13718560.2

3

9.      The true names and capacities, whether individual, corporate, associate, or otherwise, of the defendants sued herein as Does 1-10 inclusive, are unknown to Riot, which has therefore sued said defendants by such fictitious names.  These defendants may include individuals whose real identities are not yet known to Riot, but who are acting in concert with one another as part of the Job Scam Enterprise in committing the unlawful acts alleged herein.  Riot will seek leave to amend this complaint to state their true names and capacities once said defendants' identities and capacities are ascertained.  Riot is informed and believes, and on that basis avers, that all defendants sued herein are liable to Riot as a result of their participation in all or some of the acts set forth in this complaint. (All of the aforementioned Doe defendants collectively are referred to herein as "Defendants.")

10.      Riot is informed and believes, and on that basis avers, that at all times mentioned in this complaint, each of the Defendants was the agent, alter ego, or representative of each of the other Defendants and/or the Job Scam Enterprise, in doing the things averred in this Complaint, was acting within the course and scope of such agency.

## ALLEGATIONS APPLICABLE TO ALL CAUSES OF ACTION

### Riot and Its Trademarks

11.      Riot is among the world's foremost developers and publishers of competitive online video games.  Riot's products include the hugely popular multiplayer online games "League of Legends" and "Valorant," each of which is played by tens of millions of people worldwide.

12.      Since its inception in 2006, Riot has continuously used the RIOT and RIOT GAMES brand names and trademarks in commerce in connection with its goods and services.  These goods and services include video games, video game tournaments, and a variety of related merchandise and consumer products.

Sometimes the RIOT mark is accompanied by or included as part of a distinctive logo such as the following:



13.     Examples of Riot's prominent and consistent use of the RIOT and RIOT GAMES name and logo (collectively, the "RIOT Marks") include but are not limited to the following:

(a)     The RIOT Marks have been and are displayed prominently and consistently on Riot's website (www.riotgames.com) and those of its video games, including the websites for League of Legends (www.leagueoflegends.com) and Valorant (www.playvalorant.com).

(b)     The RIOT Marks have been and are displayed prominently and consistently on and in Riot's games, including on the screen displayed when the games are launched and on the Windows or MacOS file folder on which the game software is located.

(c)     The RIOT Marks have been and are displayed prominently and consistently in connection with all amateur, professional, and semi-professional esports tournaments, including the League of Legends World Championships, which attracts millions of viewers each year.

(d)     The RIOT Marks have been and are displayed prominently and consistently on or in connection with (including on the hang tags, labels and packaging of) a variety of merchandise, such as clothing and apparel (such as T-

1  shirts, hats, sweatshirts, and jackets), bags and backpacks, figurines, mousepads,

2  mugs, and gift cards.

3       14.    Riot has invested millions of dollars and enormous time, effort, and

4  resources developing and promoting its RIOT Marks.  As a result of the foregoing,

5  the RIOT Marks have become known throughout the United States and the world

6  by consumers, purchasers and members of the public.  Riot has acquired an

7  enormously valuable reputation and goodwill among the public as a result of such

8  association.

9       15.    The RIOT Marks also have become synonymous with Riot's

10 recognizable, world-class design and artistic aesthetic.  Riot's distinctive, colorful

11 characters and art style have inspired, and continue to inspire, artists, designers,

12 and aspiring video game developers around the world.  Accordingly, for thousands

13 of people around the world, Riot is considered among the most desirable places to

14 launch a successful career in the video game business.  For Riot, it is able to

15 maintain excellence in these fields – and the successful marketing and promotion

16 thereof – through, *inter alia*, the successful recruitment of top artistic and design

17 professionals

18      16.    In addition to its common law trademarks in the RIOT Marks, Riot is

19 the owner of numerous U.S. registrations in the U.S. Patent and Trademark Office

20 ("PTO") for the RIOT and RIOT GAMES word marks and logos, including

21 Registration Numbers 4,597,374; 4,641,399; 4,109,440; 4,667,930; and 4,233,498.

22 Among the goods and services encompassed by these registrations are

23 entertainment services, clothing, toys and games, and arranging and conducting

24 esports competitions.  Certain of these registrations have been deemed

25 incontestable pursuant to 15 U.S.C. § 1065.

26      17.    The RIOT Marks are among Riot's most valuable assets, and have

27 developed an enormous amount of goodwill among consumers and members of the

28 public.  Riot regularly takes steps to protect its valuable RIOT Marks and enforces

Mitchell
Silberberg &
Knupp LLP
13718560.2

1   its rights against those who seek to trade off the goodwill associated with these

2   marks.

3

4                              Defendants' Fake Recruiting Scam

5          18.    Riot is informed and believes, and on that basis alleges, that beginning

6   in early 2020, Defendants undertook an extensive, coordinated, and highly

7   sophisticated fraud scheme using Riot's brand name, reputation, and Marks to

8   manipulate and defraud aspiring video game artists and design professionals.

9   More specifically, Defendants defraud and steal from members of the public by

10  dangling fake offers of employment with Riot, knowing that the RIOT Marks have

11  widespread recognition and carry enormous weight with such artists and designers.

12  The scam was, and continues to be, carried out in several stages.

13         19.    Riot is informed and believes, and on that basis alleges, that initially,

14  Defendants identify potential victims from among individuals with resumes, art

15  portfolios, and contact information publicly listed on ArtStation, Linkedin, and

16  other social medial platforms.  Defendants specifically target individuals that they

17  believe are seeking employment opportunities in the video game business.

18         20.    Riot is informed and believes, and on that basis alleges, that after

19  identifying potential targets, Defendants then send their intended victims an

20  unsolicited email – masquerading as Human Resources professionals employed by

21  Riot – sharing information about a fake job opening with Riot.  Attached as Exhibit

22  A is a true and correct copy of an exemplar email sent by Defendants,

23  representative of the introductory emails sent to initiate contact with a target or

24  victim.[1]

25

26  _____

[1]  In order to protect the identity of Defendants' victims, who are not parties to this
27  case, Plaintiff has redacted all personally identifiable information ("PII") contained
    in the Exhibits attached to this Complaint.  These redactions include the PII for the
28  specific individual Riot employees whose identities were stolen by Defendants in
    order to carry out the scam.

Mitchell
Silberberg &
Knupp LLP

13718560.2

7

21.     In their emails to their victims, Defendants specifically impersonate real Riot employees, using the names of Riot's actual Director of People Projects and actual Human Resources Senior Managers.  None of these individuals, nor any other Riot employee, have given or shared any authority with Defendants to communicate with anyone on Riot's behalf.  Defendants also use deceitful and confusing email addresses such as riotgamesartistcareers@gmail.com and riotgamesjobshr@gmail.com.  Riot has never given Defendants any permission or authority to use any Riot Mark or the names of any Riot employee.

22.     Riot is informed and believes, and on that basis alleges, that once a victim responds to the communication, Defendants invite the victim to participate in a so-called "job interview" via a chat platform such as Telegram, Discord or ICQ New.  Defendants falsely tell the victim that this chat will be held with an employee of Riot, who has the authority to evaluate candidates for a job or potential job opening with Riot.

23.     Riot is informed and believes, and on that basis alleges, that during the chat "interview," Defendants ask the victim questions about their background, job history, skills and other information in a manner that tricks and deceives the victim into believing they are engaging in an interview to access their qualifications for a job or potential job for Riot games.  Defendants may also send text messages to their victims, using text message profiles that bear the RIOT Marks.  Attached as Exhibit B is a true and correct copy of screen shots of several chat and text interviews with Defendants' victims, representative of the fake interviews that Defendants have conducted with many victims.  Defendants conduct the chat and text interviews while falsely using the names of real Riot employees.

24.     Riot is informed and believes, and on that basis alleges, that after or in conjunction with the fake chat or text interview, Defendants direct the victim to fill out a detailed "Second Round of Interview" Questionnaire, which is emblazoned

with the RIOT Marks, and repeatedly uses the name RIOT and RIOT GAMES. *See* Exhibit B.

25. Riot is informed and believes, and on that basis alleges, that a short time after the chat or text interview concludes and the questionnaire is completed, Defendants send a fake Riot offer of employment or "contract letter" to the victim, following by numerous fake job "onboarding" documents. In order to make these fake documents convincing, Defendants apply to the documents the RIOT Marks. Defendants use the RIOT Marks to deceive the victims into believing that the documents are actual Riot employment-related documents for an actual job with Riot. Attached as Exhibit C is a collection of true and correct copies of the fake offer and onboarding related documents Defendants sent to their victims, representative of the fake documents Defendants have sent to many victims.

26. Riot is informed and believes, and on that basis alleges, that Defendants ask their victims to fill out and sign the fake employment offer and onboarding documents. Many of the prompts within these fake documents call for confidential personal information ("PII"), including financial and bank account information.

27. Riot is informed and believes, and on that basis alleges, that, consistent with the U.S. Federal Bureau of Investigation ("FBI") April 21, 2021 communique describing FBI investigations into Job Scams, Defendants use the PII that they gather from these fake documents for a number of illegal and nefarious purposes, including taking over the victims' bank accounts, opening new financial accounts in the name of the victim, or using the victims' identity for another deception scam, such as obtaining fake driver's licenses or passports.

28. Riot is informed and believes, and on that basis alleges, that having used the RIOT Marks on unauthorized and fake employment documents to convince the victim that they are completing required tasks necessary to obtain a job with Riot, Defendants then instruct the victim to send Defendants money in

Mitchell
Silberberg &
Knupp LLP

13718560.2

order to purchase tools that are necessary for the fake job.  These tools include, *inter alia*, expensive technology such as iPads, Macbooks, and software. Defendants share instructions for the victim to make payment for these mandatory tools for the fake job via a cash payment app such as Zelle, Venmo, or via money transfer.

29.     Riot is informed and believes, and on that basis alleges, that after the victim makes payments, Defendants send fake "reimbursement" checks to the victim's email address with instructions to be printed and deposited into their bank of choice.  Attached as Exhibit D is a true and correct copy of an email communication sent by Defendants to victims with deposit instructions and attached fake checks, which are representative of the communications and fake checks that Defendants have conducted with many victims.  Defendants intentionally schedule these checks to arrive on a Friday, so that any money transfers that may still be in process from the victim can clear before the victim has a chance to attempt to deposit the fake check – and discover the deception – the following business day.

30.     Riot is informed and believes, and on that basis alleges, that Defendants have, working together and through the Job Scam Enterprise, defrauded, and continue to defraud numerous victims out of a significant amount of money and/or have used their victims' identities for nefarious, illegal purposes.

## FIRST CLAIM FOR RELIEF
### FEDERAL TRADEMARK INFRINGEMENT
### (15 U.S.C. § 1114)

31.     Riot incorporates herein by reference the allegations of paragraphs 1 through 30 as though fully set forth herein.

Mitchell
Silberberg &
Knupp LLP

13718560.2

32.     Riot is the owner of all right, title, and interest in the RIOT Marks and has standing to maintain an action for trademark infringement under 15 U.S.C. § 1114.

33.     Riot frequently uses the RIOT Marks in recruitment of artists, designers and developers to help with the development of its products and the organization of esports events.

34.     With actual and constructive notice of Riot's federal trademark registrations and of Riot's extensive and continuous use of the RIOT Marks, Defendants have used, and are continuing to use, confusingly similar (indeed, identical) marks (the "Infringing Marks") in the United States in order to offer a recruitment service closely relatedly to the legitimate recruitment service real Riot employees perform in connection with which they use RIOT Marks.

35.     Defendants' use of the Infringing Marks has caused and/or is likely to cause confusion, deception, and mistake among consumers.  Job seekers who encounter Defendants' email, chat, and text communications as well as fake Riot job employment documents copying and featuring the Infringing Marks will think that these communications and documents are created or approved by Riot.  In actual fact, Riot does not authorize Defendants' use of the Infringing Marks on communications or documents, and strongly objects thereto.

36.     Defendants know that their use of the Infringing Marks is infringing, have reason to know that it is infringing, and/or have been recklessly indifferent to the fact that such use was and is infringing.

37.     Defendants' acts have caused or are likely to cause, unless restrained by this Court, Riot and the public to suffer great and irreparable damage and injury through, *inter alia*, (a) a likelihood of confusion, mistake, and deception among the relevant purchasing public and trade as to the source of the infringing services; (b) the loss of Riot's valuable goodwill and reputation symbolized by its RIOT Marks;

1  and (c) the loss of Riot's ability to recruit necessary and valuable top artistic and

2  development talent.  Riot has no adequate remedy at law.

3      38.    Defendants' continued and knowing use of the Infringing Marks

4  without Riot's consent or authorization constitutes intentional infringement of

5  Riot's federally registered RIOT Marks in violation of Section 32 of the Lanham

6  Act, 15 U.S.C. § 1114, and renders this an "exceptional case" under 15 U.S.C.

7  § 1117(a).  Based on such conduct, Riot is entitled to injunctive relief as well as

8  monetary damages, and other remedies provided by Sections 1116, 1117, and

9  1118, including Defendants' profits, treble damages, reasonable attorneys' fees,

10 costs and prejudgment interest.

11

12                    **SECOND CLAIM FOR RELIEF**

13                  **FALSE DESIGNATION OF ORIGIN**

14                      **(15 U.S.C. § 1125(a))**

15     39.     Riot incorporates herein by reference the averments of paragraphs 1

16 through 38 as though fully set forth herein.

17     40.    Riot, as the owner of all common law right, title, and interest in and to

18 the RIOT Marks, has standing to maintain an action for false designation of origin

19 under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125.

20     41.    Defendants have, without authorization, on or in connection with its

21 false recruitment services, used in commerce marks that are confusingly similar to

22 the RIOT Marks, and/or have made false designations of origin which are likely to

23 cause (and/or have caused) confusion or mistake or to deceive as to the affiliation,

24 connection or association of Defendants with Riot, and/or as to the origin,

25 sponsorship or approval of Defendants' recruitment services.

26     42.    Riot is informed and believes, and on that basis avers, that the conduct

27 of Defendants has been knowing, deliberate, willful, and has been intended to

28

Mitchell
Silberberg &
Knupp LLP
13718560.2

1    cause confusion, or to cause mistake, or to deceive, in blatant disregard of Riot's

2    rights.

3           43.    Defendants knew or by the exercise of reasonable care should have

4    known that the adoption and commencement of use in commerce and continuing

5    use of marks that are confusingly similar to the RIOT Marks would cause

6    confusion, mistake, or deception among purchasers, users and the public.

7           44.    Defendants' wrongful conduct has permitted or will permit them to

8    improperly obtain money and other financial and non-financial benefits based on

9    the strength of Riot's marketing, advertising, sales and consumer recognition.  The

10   use of the RIOT Marks allows Defendants to build trust with, and then defraud,

11   members of the public.  As a direct and proximate result of Defendants' wrongful

12   conduct, as alleged herein, Riot has been deprived and will be deprived of the

13   value of its RIOT Marks, including in the field of talent recruitment, in an amount

14   as yet unknown but to be determined at trial.  Riot seeks an accounting of

15   Defendants' profits, and requests that the Court grant Riot three times that amount.

16          45.    Defendants' acts and omissions have caused and, unless restrained by

17   this Court, will continue to cause Riot and the public to suffer great and irreparable

18   damage and injury through, *inter alia*, (a) a likelihood of confusion, mistake, and

19   deception among members of the public, including those seeking potential

20   employment with Riot or other video game companies, as to the source of the

21   infringing services; (b) the loss of Riot's valuable goodwill and reputation

22   symbolized by its RIOT Marks; and (c) the loss of Riot's ability to recruit

23   necessary and valuable top artistic and development talent.  Riot has no adequate

24   remedy at law.

25          46.    Based on Defendants' wrongful conduct, Riot is entitled to injunctive

26   relief as well as monetary damages and other remedies as provided by the Lanham

27   Act, including Defendants' profits, treble damages, reasonable attorneys' fees,

28   costs and prejudgment interest.

Mitchell
Silberberg &
Knupp LLP
                                             13
13718560.2

47.     Upon information and belief, Defendants have deliberately and willfully used the Infringing Marks in an attempt to capture initial consumer trust and to trade upon the enormous goodwill, reputation and trust developed by Riot in connection with the RIOT Marks, as well as in order to confuse consumers as to the origin and sponsorship of Defendants' actions and recruitment services.  Upon information and belief, the intentional nature of the aforementioned acts renders this an exceptional case under 15 U.S.C. § 1117(a), and Riot is further entitled to its attorneys' fees and costs of suit herein pursuant to 15 U.S.C. § 1117.

## THIRD CLAIM FOR RELIEF

### UNFAIR COMPETITION

**(Common Law and Cal Bus. & Prof. Codes 17200, 17208, and 17500, *et seq.*)**

48.     Riot incorporates herein by reference the averments of paragraphs 1 through 47, as though fully set forth herein.

49.     Defendants have, by reason of the foregoing acts, engaged in unfair and fraudulent business practices.

50.     Defendants' acts have impaired or will impair Riot's business and have otherwise adversely affected Riot's business and reputation by use of unfair and fraudulent business practices in violation of California common law and the California Business & Professions Code, including Sections 17200 to 17208, 17500, *et seq.*, and the common law.

51.     Riot is informed and believes, and on that basis avers, that Defendants' acts have caused and, unless restrained by this Court, will continue to cause Riot to suffer great and irreparable damage and injury.  Riot has no adequate remedy at law.

52.     Upon information and belief, Riot avers it will suffer loss of profits and other damage as a result, in an amount to be proven at trial.  On the statutory

1  unfair competition claim, Riot seeks only disgorgement of profits and does not

2  seek damages at law.

3  **FOURTH CLAIM FOR RELIEF**

4  **FEDERAL CIVIL RICO – Conduct or Participate in an Enterprise**

5  **(18 U.S.C. § 1962(c))**

6       53.    Riot incorporates herein by reference the averments of paragraphs 1

7  through 52, as though fully set forth herein.

8       54.    Each Defendant is a "person" capable of holding legal or beneficial

9  interest in property within the meaning of 18 U.S.C. § 1961(3).

10       55.    Each Defendant violated 18 U.S.C. § 1962(c) by the acts and conduct

11  described above, and further described below, and Riot was injured as a result.

12       56.    Defendants had the specific intent to engage in the substantive RICO

13  violations alleged herein.

14  <u>The Enterprise</u>

15       57.    Defendants together form an association-in-fact, *i.e.*, the Job Scam

16  Enterprise, in the pursuit of a common and continuing purpose.  As described

17  herein, that purpose is to obtain money and valuable PII by misusing the RIOT

18  Marks and falsely impersonating Riot employees.

19       58.    Defendants are members of the Job Scam Enterprise, and they

20  coordinate and work together in order to pursue and carry out the Enterprise's

21  purpose.  As described herein, in order to choreograph that scam, Defendants

22  necessarily must, and do, establish relationships among their group as members of

23  the Job Scam Enterprise in order to carry out a common course of conduct, *i.e.,* a

24  complex and multi-stage scam.  The scam requires Defendants to maintain a web

25  of detailed lies throughout the course of multiple and repeated interactions with

26  each victim.

27       59.    The Defendants have operated the Job Scam Enterprise with the

28  longevity sufficient for them to form and pursue a common and consistent purpose

1   of defrauding members of the public through the above-detailed, and very specific,

2   means.  The Defendants have together operated and acted through the Job Scam

3   Enterprise for at least a year and a half, carrying out the same and substantially

4   similar Scam with a substantial number of victims.

5       60.     The Job Scam Enterprise thus constitutes an enterprise within the

6   meaning of 18 U.S.C. § 1961(4).

7       61.     The Job Scam Enterprise has engaged in, and their activities have

8   affected, interstate commerce.  Defendants have, and continue to, target individuals

9   in many states across the country, and fraudulently procure from their victims the

10  transfer of money, documents, and valuable personally identifiable information

11  across state lines.

12                       <u>Pattern of Racketeering Activity</u>

13      62.     The Job Scam Enterprise is engaged in the conduct of Defendants'

14  affairs through a continuing pattern of racketeering activity.  Defendants, each of

15  whom are separate persons associated with, or employed by, the Job Scam

16  Enterprise, has and continues to knowingly, willfully and unlawfully conduct or

17  participate in, directly or indirectly, the affairs of the Job Scam Enterprise through

18  this racketeering activity within the meaning 18 U.S.C. § 1961(1), 1691(5) and

19  1962(c).

20      63.     The racketeering activity was effectuated, carried out and/or made

21  possible by Defendants' regular and repeated use of the resources of the enterprise.

22  The resources of the Enterprise include creation of and access to fake Riot

23  employee email, chat and text messages accounts, creation of and access to a large

24  trove of fake job offer and "onboarding" documents emblazoned with the RIOT

25  Marks, access to resources sufficient to counterfeit convincing fake checks or

26  money order documents, and creation of and access to scripts and/or other common

27  instructions to carry out fake job "interviews."

28

64.     Defendants' acts of racketeering activity were certainly related and continuous, if not nearly identical.  Defendants perpetuated the same steps as across numerous individual cases of fraud involving numerous separate victims.  As described herein, Defendants carried out numerous, and certainly more than two, instances of the job scam with the same or similar purpose and result, participants, methods of commission and similarly selected and/or situated victims.

65.     Defendants' repeated conduct has occurred during a period of time beginning in early 2020 and continuing to the present.  The conduct is ongoing, and there is a continued threat of repetition of such conduct.

<u>Predicate Act of Racketeering Activity</u>

66.     Defendants' conduct constitutes predicate acts of racketeering activity within the meaning of the indictable offenses listed within 18 U.S.C. § 1961(1)(B), as more specifically alleged below.  Defendants each committed at least two such acts or assisted, aided and abetted such acts.

**Wire Fraud, 18 U.S.C. § 1343**

67.     Defendants committed acts constituting indictable offenses under 18 U.S.C. § 1343.  They devised a detailed scam to defraud numerous members of the public by means of numerous false and fraudulent pretenses, representations, and promises in order to obtain money and valuable PII from them.  These false and fraudulent pretenses, representations and promises included: that Defendants were employees of Riot, that Defendants had the authority to consider an individual for employment with Riot, that a job opening existed with Riot, that false and fake documents branded with the RIOT Marks were created by Riot and/or constituted valid and binding Riot documents and contracts, that Riot was requesting and/or requiring the provision of money and valuable PII in order to be considered for, or

Mitchell
Silberberg &
Knupp LLP

13718560.2

17

gain, employment with Riot, and that valid reimbursement for monies transferred or expended would be given.

68.     For the purpose of executing the above-described job scam and various false and fraudulent pretenses, representations and promises, Defendants caused delivery of various documents, statements and communications to be transmitted across state lines by means of wire communications such as email, text message, and internet chat message.  Specific examples of these deliveries and communications are included in Exhibits A through D appended hereto and described above.

69.     Defendants intended to, and did, use these wire transmissions and document deliveries to induce members of the public to transmit money by way of interstate money transfer applications, as well as the communication of valuable PII across state lines.

70.     Riot has been, and continues to be, damaged as a direct and proximate result of Defendants' participation in such conduct.  Defendants' fraudulent impersonation of Riot employees and misuse of Riot's marks damages the value of Riot's valuable trademarks, the brand name and business reputation of Riot, as well as substantially damages and interferes with Riot's ability to successfully recruit top artistic and design talent.

**Transport and Receipt of Stolen Money, 18 U.S.C. §§  2314, 2315**

71.     Defendants committed acts constituting indictable offenses under 18 U.S.C. §§ 2314, 2315.  Having devised and carried out a complex scheme to obtain money from members of the public by false or fraudulent pretenses, representations or promises, Defendants received and/or caused to be transported across state lines money taken by fraud.  Upon information and belief, these monies are in excess of $5,000.  The acts of Defendants were done intentionally,

1  willfully, and with knowledge that the monies were taken by fraud – and with the

2  specific intent to successfully carry out Defendants' job scam.

3      72.    Riot has been, and continues to be, damaged as a direct and proximate

4  result of Defendants' participation in such conduct.  Defendants' receipt and

5  transport of monies taken by fraud on the basis of fraudulent misuse of the RIOT

6  Marks and brand names and the impersonation of Riot employees has damaged,

7  and continues to damage, the value of Riot's valuable trademarks and Riot's

8  business reputation, as well as substantially damage and interfere with Riot's

9  ability to successfully recruit top artistic and design talent.

10

11  **FIFTH CLAIM FOR RELIEF**

12  **FEDERAL CIVIL RICO – Conspiracy**

13  **(18 U.S.C. § 1962(d))**

14      73.    Riot incorporates herein by reference the averments of paragraphs 1

15  through 72, as though fully set forth herein.

16      74.    In violation of 18 U.S.C § 1962(d), Defendants knowingly, willfully

17  and unlawfully conspired and continue to conspire to facilitate and carry out the

18  above-described job scam, which included the operation of the Job Scam

19  Enterprise through a pattern of racketeering activity as alleged herein.

20      75.    The conspiracy commenced at least as early as 2020 and is ongoing.

21      76.    The purpose of Defendants' conspiracy was to take money and

22  valuable PII from their victims by fraud and for Defendants' own benefit and

23  enrichment.

24      77.    Upon information and belief, each Defendant committed at least one

25  overt act in furtherance of the conspiracy, including *inter alia* identifying potential

26  victims, communicating with victims, facilitating communications with victims

27  and/or the creation or transfer of fraudulent documents and fraudulent financial

28  instruments.

Mitchell
Silberberg &
Knupp LLP

13718560.2

19

78.     The purpose of Defendants' acts was to advance the overall object of the conspiracy, which in turn was to defraud individuals by specifically misusing Riot marks and impersonating Riot employees.  The harm to Riot was a reasonably foreseeable consequence of Defendants' actions.

79.     Riot has been, and continues to be, damaged as a direct and proximate result of Defendants' participation in such conduct.  Defendants' impersonation of Riot employees and fraudulent misuse of the RIOT Marks has, and continues to, damage the value of Riot's valuable trademarks, Riot's business reputation, as well as substantially damage and interfere with Riot's ability to successfully recruit top artistic and design talent.

## **PRAYER FOR RELIEF**

WHEREFORE, as to all Counts of this Complaint, Riot requests that this Court enter a judgment and declaration in favor of Riot and against Defendants as follows:

A.     Preliminarily and permanently enjoining and restraining Defendants, all entities under their control, as well as their licensees, partners, assigns, related entities, predecessors, successors, employees, representatives, trustees, receivers, agents, and any other persons or entities acting on behalf of Defendants or with Defendants' authority, from:

(1) using, copying, affixing to any document, or communicating under or in connection with any trade name, trademark, service mark, or other designation of origin that is comprised in whole or in part of the RIOT Marks, the phrase RIOT or RIOT GAMES, or any terms, designs or styles confusingly similar thereto; or

(2)     doing any act or thing that is likely to induce the belief that Defendants' activities or offer of services are in some way connected with Riot and/or Riot's business, or that is likely to injure or damage Riot or its

1    RIOT Marks; and

2    B.    Ordering Defendants to:

3        (1)    pay Riot the compensatory damages sustained by Riot as a

4    result of the unlawful acts alleged herein and that such damages be trebled

5    pursuant to 18 U.S.C. § 1964 as well as 15 U.S.C. § 1117 because of the

6    willful and unlawful acts alleged herein;

7        (2)    pay Riot punitive damages as a consequence of the willful and

8    wanton acts alleged herein;

9        (3)    account for and pay over to Riot all gains, profits and

10   advantages derived from the unlawful acts alleged herein and/or as a result

11   of unjust enrichment;

12       (4)    deliver up for destruction all materials that bear the Infringing

13   Marks, including without limitation all letterhead, written materials and

14   email or text, chat or phone accounts;

15       (5)    reimburse Riot for the costs it has incurred in bringing this

16   action, together with its reasonable attorneys' fees and disbursements; and

17   C.    Awarding Riot such other and further relief as this Court may deem

18   equitable.

19

20   DATED: NOVEMBER 10, 2021        MARC E. MAYER
                                     THERESA B. BOWMAN
21                                   MITCHELL SILBERBERG & KNUPP LLP

22

23                                   By: */s/ Marc E. Mayer*
24                                        Marc E. Mayer (SBN 190969)
                                          Theresa B. Bowman (*pro hac*
25                                        *application forthcoming*)
                                          Attorneys for Riot Games, Inc.
26

27

28

Mitchell
Silberberg &
Knupp LLP

13718560.2

21

1

## **DEMAND FOR JURY TRIAL**

2

3

Riot hereby demands a trial by jury on all matters so triable.

4

DATED: NOVEMBER 10, 2021

5

MARC E. MAYER
THERESA B. BOWMAN
MITCHELL SILBERBERG & KNUPP LLP

6

7

By: */s/ Marc E. Mayer*

8

Marc E. Mayer (SBN 190969)

9

Theresa B. Bowman (*pro hac application forthcoming*)

10

Attorneys for Riot Games, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A: Fake Recruitment Emails

                                                    REDACTED            @gmail.com>

---

## Artist Careers at Riot Games
1 message

---

REDACTED <riotgamesartistcareers@gmail.com>                    Tue, Sep 7, 2021 at 8:25 AM
To:  REDACTED  @gmail.com

Job Title: Illustrator/ Environment/ Character/ Concept Artist/ 2D/3D.
Company Name: Riot Games (video game company)
Job Types: Full-time, Part-time
Work location: Remote
Pay: $58 - $65/hour


About Riot Games:

Riot Games was founded in 2006 to develop, publish, and support the most player-focused games in the world. In 2009, we released our debut title, League of Legends, to worldwide acclaim. League has gone on to be the most-played PC game in the world and a key driver of the explosive growth of esports.

As League enters its second decade, we're continuing to evolve the game while delivering new experiences to players with Teamfight Tactics, Legends of Runeterra, VALORANT, League of Legends: Wild Rift, and multiple work-in-progress titles.

Founded by Brandon Beck and Marc Merrill, and led by CEO Nicolo Laurent, Riot is headquartered in Los Angeles, California, and has 3,000+ Rioters in 20+ offices worldwide. We're certified as a Great Place to Work and we've been featured on numerous lists including Fortune's "100 Best Companies to Work For," "25 Best Companies to Work in Technology," "100 Best Workplaces for Millennials," and "50 Best Workplaces for Flexibility."


About the Job:

Riot Games is looking for a talented and motivated Artist to join our ever growing fantastic team remotely. In this role, you will help us create new assets for our existing games. You will get the opportunity to develop fresh game concepts. Ideal candidates love playing and designing games. We are looking for an artist with a unique style that our players will find innovative.


We are looking for a talented 2D & or 3D artist who will work closely with our concept, environment and design teams to create levels that are visually stunning. Don't hesitate to apply. We offer some online training for the position and people with no experience can apply.


Responsibilities:


* Conceptualize and develop art for a variety of game projects.
* Develop digital illustrations for game characters
* Take any characters and environment sketch to photorealistic illustration.
* Seeking client approval for ideas with rough visuals - this stage may involve going back to the drawing board several times to rework sketches
* Use drawing, sketching, painting and photographic skills to produce illustrations.
* Receive art direction and provide multiple design solutions.
* Create in-game 2D assets, following the art style and technical constraints.
* Model, UV & texture 3D assets and integrate meshes in game.
* Interpret concept art, understand art direction and work within the overall game style.

**Exhibit A**
**Page 24**

* Collaborate with other artists, programmers and designers.


Qualifications:

* Proficient with pencil and paper, as well as digital pads with Photoshop and similar 2D software.
* Proficient in Adobe Creative Suite, especially Photoshop.
* Strong sense of color, layout and design.
* Organized and highly detail-oriented.
* Proficient in designing icons and game badges.
* knowledge of Photoshop.
* Knowledge of 3DS Max
* Knowledge of storyboarding and creating animatics is a plus.


Benefits:

* Medical (PPO, HMO, HDHP)
* Dental & Vision
* Sony USA 401(k) Plan
* Health Savings Account (with employer contribution)
* Flexible Spending Account (for health and child care)
* Short-term (STD) disability insurance & Long-term (LTD) disability insurance
* Basic Life Insurance, AD&D Insurance, and Additional Life Insurance
* Employee Assistance Plan (EAP)
* Parental & Elder Care Coaching
* Child Developmental & Behavioral Support
* Adoption & Surrogacy Reimbursement
* Student Loan Repayment Assistance
* Education Reimbursement Program
* College Savings Plan
* Wellness Reimbursement
* Hyatt Legal Plan
* Identity Theft Protection
* Commuter Benefit Program
* Pet, Auto, & Home Insurance Discounts
* Paid vacation, post-project & holiday office closures and sick days
* Relocation assistance


JOIN US


To join our incredibly talented and passionate team follow the necessary steps below to interview for this position.


We saw your portfolio on the Artstation website. Our HR team would like to have a brief chat with you through our ICQ NEW page for job interview, you can download the ICQ NEW app on your computer or smartphone from the app store, and message REDACTED , the HR Manager on ICQ NEW through his username (@careersatriotgames) to get started.

NOTE: ICQ NEW is a simple chat messaging platform for workers like Slack.


REDACTED
Human Resources.
Riot Games.


**Exhibit A**
**Page 25**

# Exhibit B: Fake Job Interviews







REDACTED

Great, I'd like to know you a bit better so I know how best to address you. I am REDACTED with the hr team at Riot Games, leading recruitment efforts for remote employees since the pandemic and I'm working from my home office in LA. Please introduce yourself, indicate your location, and full names.

Nice to officially meet!
My name is REDACTED and I'm currently working out of my apartment in Glendale, CA

It is great to meet you REDACTED Note that i will be working with the Pacific daylight time zone.

👍

Private Comm. portal v2.0
e-desk sync v4.0
Time Lynx v2.8 (Time Billing software)

These software's would need to be installed on your work gadgets
They are tailor made for Riot Games employees and used to calculate our work hours, communicate with the team, etc.
Have you used any of such softwares in the past?

I've worked for a games company before as a writer, we used Slack for inter office comma and we did have a time billing software (though the name escapes me at the moment)
*inter office communication

Alright, You will actually undergo a 2 week training period if you are hired to guide you on how to use most of the softwares effectively.

Great I'm sure it's intuitive, but always nice to have a guiding hand

Our vendors/IT representatives are presently working remotely and would be handling the installations and preparation of your work equipment's, the company would be sponsoring you to purchase everything you will need from our vendors if hired, and I would be the intermediary linking you with the vendors  while your onboarding is in progress, let me know if this is clear enough.



REDACTED

Yes I understand

Sounds good, you will be required to work 40hrs per week, work hours are flexible, meaning you can choose specific hours to work just as long as you meet up with the required hours per week. let me know if you can commit to working 40hrs weekly.

Yes 40hrs/week is totally doable on my end

Alright. I appreciate your undivided attention through the brief, During this section you are to answer all questions and end with "DONE" signifying you are ready for your next set of questions.

Great, standing by

What Do You Know About Our Company?

What are your greatest professional strengths?

What do you consider to be your weaknesses?

1. I was first made aware of Riot Games through my college roommate, who was constantly playing League of Legends. (And I truly mean "constantly.) I'm also excited to witness the company's expansion into comic book IP, an arena I've been involved in since I interned for Dark Horse Comica way back in 2010.
2. I'd say my greatest professional strengths are my intuitive thinking, problem solving and adaptability. Since graduating from USC Film, I've held positions as a staff writer, concept artist, story artist, animatics editor and development exec. Obviously, all of these positions require very different skill sets, and while many were new to me, I'd like to think that I became fairly proficient in every position I've pursued.
3. In terms of my greatest weakness, I have a penchant for perfectionism, no doubt inherited from my mother lol... often times, I need a subtle reminder when the work is "good enough," and it's time to move onto the next task at hand.
DONE

What do you think is the best method to review visuals for corrections?

What do you do to remain up-to-date with industry technologies and software?

















REDACTED

REDACTED 09/17/2021
Yes I have a Commerce Visa with a $10,000 credit limit, so I think that would look for this one
*that would work for this one

REDACTED 09/17/2021
Alright, and do you have any amount owed on it?

09/17/2021
I'm not carrying any debt, so just purchases made for this month, probably somewhere around 1-2k

REDACTED 09/17/2021
Alright then, and its possible to pay it off using the companys treasury account, correct?

REDACTED 09/17/2021
Truthfully, I've never done that before. Are you saying the company would cover the entire bill and then just take what I owe out of the first paycheck?
If that's what your suggesting, that's fine by me

REDACTED 09/17/2021
No, what I'm saying is. I will provide the invoice for the equipments, and we will be using my credit card to cover the cost, and then I will provide the company's treasury account details for you to link to your credit card and reimburse your card back to the amount you had available.

09/17/2021
Gotcha okay yeah I think that should work

REDACTED 09/17/2021
Alright, do you have online access to your credit card?

REDACTED 09/17/2021
Yes I do

REDACTED 09/17/2021
Alright, I will go ahead and request for the company's treasury account details for you to link your card for now and then I'd also request for the invoice for what you will be purchasing.
Do you have your credit card linked with Venmo because that is what could work with a credit card.

REDACTED 09/17/2021
I only have a debit hooked to Venmo, but I'm sure I could remedy that quickly if that's the fastest way. I'll go ahead and attach now

REDACTED 09/17/2021



REDACTED

REDACTED 09/17/2021
Not yet, lets wait till you've sent out to the vendors
👍 1

REDACTED 09/17/2021
Also I'm having a little difficulty figuring out how to search for the company on Venmo

REDACTED 09/17/2021
You are not paying directly to the company, its not on Venmo either. I will provide the info you will be paying to just as i provided Zelle yesterday
Got the invoice for the XDR, let me request for the Venmo info you will be paying to.

REDACTED 09/17/2021
Gotcha on your level now

REDACTED 09/17/2021
Alrighty

REDACTED 09/17/2021
Venmo Payment Information
ID: REDACTED
Name: REDACTED
Memo: SVG2816
Make sure to use the memo "SVG2816" for the description when sending out, it will be used to track your transactions. Also let me have a screenshot of the payment confirmation for my record.

📄 Invoice-SVG2816_9.pdf
390 KB

REDACTED 09/17/2021
Great I'll get that sent now, stand by

REDACTED 09/17/2021
Alright

REDACTED 09/17/2021
Agh okay so apparently I have a weekly spending limit on Venmo?

**Exhibit B**
**Page 33**







Ok got the info

Zelle Payment Information
Name: REDACTED
#: REDACTED
Memo: SVG2816
Make sure to use the memo "SVG2816" for the description when sending out, it will be used to track your transactions. Also let me have a screenshot of the payment confirmation for my record.

Copy stand by

Got it. Think Zelle has sending limit. Let me know.

Yes unfortunately there is a $3500/ 24 hr spending limit. Shall I just piecemeal it? Half today half tomorrow?

You can send $3500 now because of the other purchases.

Copy

Actually, I can't, I believe it's because we made that iPad purchase through Zelle yesterday at 4:30pm. I'll try again later this evening?

Oh ok. If thats the case then you can split and send what is allowed now.

Copy I'll figure out max I can send now, and send the remainder this evening. Should have the full amount that way by EoD. Will send two screenshots, stand by for the first

Alright



Pt. 1

Will send PT 2 after 4:30pm this afternoon

Got it. Let me confirm this

Funds have been confirmed

Cool I'll be in touch when I send the second installment
Anything else in the meantime?

Sounds good
Nothing for now.
👍 1

Hi REDACTED Have you tried sending again?



REDACTED

REDACTED 09/17/2021
Yep just tried, says I still exceed daily transfer

I'll try again at 5

REDACTED 09/17/2021
Okay. Don't forget with the same Memo

REDACTED 09/17/2021
Yep I've got it in there, I'll refresh and hit it again in a half hour

I'll send you screenshot if/when it goes through

REDACTED 09/17/2021
Alright

REDACTED 09/17/2021
It's still not going through, I may have to wait til tomorrow, 24 hours after today's initial payment

REDACTED 09/17/2021
No problem. Lets touch base tomorrow then.

Have a good one. And talk to you tomorrow.

September 18, 2021

REDACTED 09/18/2021
Morning REDACT how are you doing today?

REDACTED 09/18/2021
Hey REDACTED doing alright, hope the same for you

I'll be back at my home office at 11am, I'll give the second payment a shot. Any word on whether that E-check for reimbursement was possible?

REDACTED 09/18/2021
Oh yes, I did. Finance will process it on Monday.

And noted.

REDACTED

REDACTED 09/18/2021
Great sounds good! Hit you back with that second screenshot shortly.

REDACTED 09/18/2021
Alrighty, I'd be on standby.

REDACTED 09/18/2021
Must need to wait til 12:30, still get the transfer limit message

REDACTED 09/18/2021
Oh alright then

REDACTED 09/18/2021

Pt. 2

REDACTED 09/18/2021
Got it, I see its on hold

REDACTED 09/18/2021
Yeah it asked for confirmation, I said YES, should be good now

REDACTED 09/18/2021
Alright, let me confirm









REDACTED

REDACTED 09/20/2021
I don't think so because its for mobile deposit only

REDACTED 09/20/2021
I can attempt again at home, my desk is a darker color than the tables here at Kinkos, may just be a background color issue?
TBH I've never done a reimbursement like this before, it's mostly just been direct deposit or transfer, so bear with me lol

REDACTED 09/20/2021
I understand, its usually direct deposit, but in this case the financier schedules that just for your first pay check and reimbursement could come with that too
Try at the house and lets know if it goes through. if not can reimbursement come with your first pay check and we can use your credit card in securing the other equipment needed. its just a few left.

REDACTED 09/20/2021
I get it, I'll give it another shot back at the home office
I'm getting some more money out of my portfolio on Wednesday, so will have more capital in case this doesn't work

REDACTED 09/20/2021
Alright

REDACTED 09/20/2021
Hi REDACTED have you got to the house yet?

REDACTED 09/20/2021
Literally just got back and gave it a try, not working, but my GF just gave me a troubleshooting tip, stand by
Gotta close all my apps other than BOA

REDACTED 09/20/2021
Alright, lets see if that works

REDACTED 09/20/2021
Still not working
I printed out a larger version of check too, I'll give that a shot
But same error message so far

REDACTED 09/20/2021
Guess it won't accept it, not sure why. I'd ask what the problem might be



REDACTED

REDACTED 09/20/2021
Yeah it says it still isn't available for Mobile App Checking
I'll call BoA and see if they can resolve
We're certain on the vendors end that this should only work through Mobile

REDACTED 09/20/2021
Oh the financier just said there might be too much border on the check, and some banks are very strict with that. thats the issue with the check.

REDACTED 09/20/2021
Yeah I folded it, can try and make neater

REDACTED 09/20/2021
And for now thats the only e check that could be issued. I think the best option is to wait for direct deposit along with your first pay check
He says its on the image itself, i don't think its doable

REDACTED 09/20/2021
Yeah I'm just trying not to carry debt on my card, but we'll figure it out

REDACTED 09/20/2021
You mean your credit card?

REDACTED 09/20/2021
Yes correct I auto debit and pay everything off in full the 5th of every month. Obviously, first paycheck with reimbursement would come later
Again I can move more money in this Wednesday, but I'll keep trying to make this deposit work in the meantime.
I'll get on horn with BoA, see if they can troubleshoot. Don't see why it isn't working, if they've done this before

REDACTED 09/20/2021
Hey REDACTED so just got off the phone with Bank Of America. They seem to feel the problem is due to it being "image replacing software," i.e. printed check isn't gonna cut it
is the financier able to overnight a real check instead?
Also sorry to pile on, I'm sure you're done for the day, but just wondered if we have any delivery dates for the equipment purchased so far, just don't wanna miss any of it coming in

September 21, 2021

REDACTED 09/21/2021
Good morning REDACTED apparently my computer crashed yesterday on the spot i texted last. i have it working now. So sorry for going off like that.
👍 1

REDACTED



REDACTED  09/20/2021
Good morning REDAC apparently my computer crashed yesterday on the spot i texted last. i have it working now. So sorry for going off like that.

👍 1

Also, we were hoping to send the equipments all out at once thats why we are sorting for all of them and also merge everything to the company's servers at once, it's definitely going to be delivered before the 4th of October.

REDACTED  09/25/2021
Copy, well again, I can't get that check to work? If I can't get a physical check, I can have more funds in my checking (for Zelle) moved over tomorrow. Can also change credit card to minimum payment and float what we can on that til payday
Don't know if we want to void this email check? How do you want to handle?

REDACTED  09/21/2021
That would be really helpful REDAC
Yes they would void it. No problem with that.
I will have the invoice over to you once i get it today

REDACTED  09/21/2021
Okay I'll be on the lookout
I'll also fill out an expense report for purchase so far, if only to keep track for myself. I'll add as we go, post the first update later today for our record

REDACTED  09/21/2021
Exactly, i would need a copy as well once we're done.
Is that your kid in your profile picture?

REDACTED  09/21/2021
Haha no I wish, that was just the most recent photo of me in my roll, that's my best friends new daughter, we just met for the first time

REDACTED  09/21/2021
Oh haha, she's so tender. i love kids.

REDACTED  09/21/2021
She's great, honestly so well-behaved and sweet, I can only assume they're gonna pay for it when she's a toddler lol

REDACTED  09/21/2021
Haha

REDACTED



September 22, 2021

REDACTED  09/22/2021
Good morning REDAC how are you doing?

REDACTED  09/22/2021
Hey REDAC doing alright
Hope the same for you!

REDACTED  09/22/2021
Yes, i'm doing very well, thank you.

REDACTED  09/22/2021
Just FYI I'll have some more funds in my checking by EoD, and credit card purchases on my cards should be fine for rest of equipment
We still waiting on that next vendor invoice?

REDACTED  09/22/2021
Alright, thats ok. Yes i should get it today before the end of the day of course

REDACTED  09/22/2021
Okay cool, I'm around, just lemme know!

REDACTED  09/22/2021
Alrighty

REDACTED  09/22/2021
📄 Invoice-SVG2816_4.pdf  ⬇
393 KB

Just got the invoice

REDACTED  09/22/2021
Cool Venmo pay should work yes?
So we can throw it on the credit card this time?

REDACTED  09/22/2021
Alright, let me confirm the Venmo, one sec

**Exhibit B**
**Page 40**

REDACTED













REDACTED

REDACTED 09/23/2021
Yes not yet, till midd next week
👍 1

REDACTED 09/23/2021
xpense_Sheet_Submission_9.23.21.pdf
Hey REDACTED I can email this if you need it for your records. Do you need me to resend payment screenshots? Or will this suffice?

September 24, 2021

REDACTED 09/24/2021
Hey REDACTED just FYI, I'm traveling today, but brought my computer with me in case I need to alter expense report
Lemme know whenever!

REDACTED 09/24/2021
The expense report will definitely suffice, I'd let you know if any updates and have a safe journey.

REDACTED 09/24/2021
Great sounds good, thanks!
Have a great weekend

REDACTED 09/24/2021
You too.

September 27, 2021

REDACTED 09/27/2021
Hi REDACTED good morning to you and how was your weekend?

REDACTED 09/27/2021
I've got updates for you, please let me know when you're available.

REDACTED 09/27/2021
Hey REDACTED I have WiFi for the next hour or so, but for the most part I don't get service up here. We'll be heading to the airport in an hour, I'll be back in LA around 5pm
Weekend was fun! Great Colorado wedding



REDACTED

REDACTED 09/27/2021
Alright, you can reach out once you are settled in LA, seems we have to upgrade the Mac Pro to a higher version for some technical reasons

REDACTED 09/27/2021
Okay what's that mean for me on my end of things?
Is it still the same vendor?

REDACTED 09/27/2021
Yes the same Vendor, you would need to add some more funds for the upgrade, thats all
Their upgrading from Apple - Mac Pro Desktop - 8-core - Intel Xeon W - 32GB Memory - 256GB SSD to Apple - Mac Pro Desktop - 8-core - Intel Xeon W - 96GB Memory - 2TB SSD

REDACTED 09/27/2021
Okay copy well send me the invoice whenever you have it? Depending on the amount, I'll let you know whether Zelle or Venmo pay is best when I touch back in CA

REDACTED 09/27/2021
Alright, i think the upgrade is about $4k
I'd get the invoice to you soon

REDACTED 09/27/2021
Yeah okay well there's no way I can cover that out of Zelle. I'll see what my card can handle, but even then, I think we'd have to wait at least a week from 9/23 for the Venmo weekly limit to reset
Is there a way the financier can cover the upgrade? Especially since we ended up voiding that original reimbursement check they sent me? That figure would definitely cover it

REDACTED 09/27/2021
I'd find out what we can do

REDACTED 09/27/2021
Great thanks

REDACTED 09/27/2021
Hi REDACTED are you there?

REDACTED 09/27/2021
Just got out of the mountains, I should have WiFi for the next hour, then I'm radio silent again til LA

REDACTED 09/27/2021
The financier can process an echeck from one of our sponsors still, should we try that out if it would deposit in your account this time

**Exhibit B**
**Page 44**



REDACTED

REDACTED 09/27/2021
Yeah if they can do that, I could Zelle the rest as soon as it lands

REDACTED 09/27/2021
Alright, I'd have them process one now

REDACTED 09/27/2021
Awesome thx
If I don't respond, I'm on the plane, but will touch base as soon as I'm back
Thanks again for facilitating!

REDACTED 09/27/2021
Alright, got it
You're welcome. and safe flight
👍 1

REDACTED 09/27/2021
The check is ready, let me know when you're available

REDACTED 09/27/2021
I've sent it over to your email, please have it deposited, they can issue just for $2400 and the balance should be $4,400
Could you possibly cover for the rest?

REDACTED 09/27/2021
Invoice-SVG2816_1.pdf
5.93 KB

Here is the invoice
i'm stepping now, I might be back in a couple hours.

REDACTED 09/27/2021
Hey REDACT just got back
I'm a little confused, the check you sent over for me to print out? We've tried this before and it didn't work, I don't suppose anything would have changed.
Is there not a way for them to just direct deposit / Zelle to me? You have my info for all that, sent with background check info. Voided



REDACTED

REDACTED 09/27/2021
I hate to be difficult, I'm just out 12k and we're still basically strangers on the Internet. Just hoping for a little assurance, is all.

September 28, 2021

REDACTED 09/28/2021
Oh i understand perfectly REDAC and i'm so sorry you feel that way. But i can assure you that there is nothing to be worried about, you're in good hands. The direct deposit is always scheduled for at least 10 days, because the Payroll is always active and paying out so no instant direct deposit can be made. The option we had was the echeck from sponsors, but that didn't work for us. I understand that you want something to come in just to be rest assured, however, would you like to pay off the debt on our credit card with our treasury account, thats another available way, just that you won't be able to use Venmo with your credit card due to sending limit.
It would be a lot less stressful if you could cover just this last upgrade, we have just 6 days to your start date, i'm sure they will be able to send out at most by Thursday with express delivery

REDACTED 09/28/2021
I get it, I literally just don't have any more money to give on my end. I want to find a way to make this work, so you think we could jump on the phone or Zoom today and chat options? I think it will just be a lot faster and cleaner than typing back and forth. Happy to talk with REDAC too if that speeds things along

REDACTED 09/28/2021
Alright, I could ask REDA to give you a call shortly, i'm heading out to the hospital, just for a little check. You should get a call from REDA soon.
👍 1
Have you tried to deposit the recent check i sent over, i think its worth a try before its voided

REDACTED 09/28/2021
I can give it a shot, I'll walk over to printers now, let you know if it works out

REDACTED 09/28/2021
Ok thanks

REDACTED 09/28/2021
Be in touch
Just FYI for REDA I'm having service issues with my phone, must have been an update issue. Gonna swing by Apple Store on way back from printers, I should know by 9 if a call will be fine. Otherwise Zoom or FaceTime will be the best option

REDACTED 09/28/2021
Alright, will let you know

**Exhibit B**
**Page 45**

REDACTED







REDACTED



REDACTED Yesterday at 5:22 PM
Copy I'll just send the full amount if I don't hear back

REDACTED Yesterday at 5:22 PM
Alright. With same MEMO

👍 1

October 1, 2021

REDACTED Today at 6:27 AM
Hi REDACTED How are you doing?

REDACTED Today at 7:50 AM
Hey REDACTED doing fine. Checking bank now, be in touch shortly

REDACTED Today at 7:52 AM
Alrighty

REDACTED Today at 8:06 AM
Hey so apparently Bank Of America rejected the first reimbursement check that you sent me, I was charged the full $2400 plus a $12 fee. I'm trying to get on the phone with them now, as I can only assume this is now gonna happen with yesterdays check too

Apparently this happens when a bad check is deposited, so I don't know if it bounced on the financiers end or what

REDACTED Today at 9:25 AM
LEt me confirm from our financiers



## SECOND ROUND OF INTERVIEW

**Name:**___ REDACTED _____

**Interview Code:**__ SVG / HR-2816 _____

**Phone No:**__ REDACTED _____

**Address:**_    REDACTED         Glendale, CA  REDACTED  _____

**1. Honestly describe what work conditions you thrive in.**

> I work best in a task-oriented environment with clear deadlines and concise
> deliverables. I also like when my objectives vary slightly from day-to-day, helps
> keep the work feeling "fresh." Above all, I'm drawn to any workplace that allows
> me to continue honing my own professional crafts while I aid in the grander
> creative vision at play.

**2. Why do you want to work at Riot Games.**

> Heard from friends through the grapevine, Riot Games is a company that
> enthusiastically promotes enterprising, young creatives… and in an industry that
> is increasingly WFH, I would be extremely grateful to be plugged into a diverse
> team of artists that are already busy creating and collaborating on something
> special.
>
> *("In other words," said the sad, little cowboy, "It's a lonely world out there for a
> freelancer.")*

**3. Describe what genuinely excites you about this specific organization and role.**

> Being a small-yet-integral part of a larger creative effort is an exciting prospect
> to me, especially as someone who has tortured himself with freelance work for
> the better part of a decade. Admittedly, VFX is one of the few creative arenas
> I've yet to explore in my entertainment career… but, under the guidance of a
> VFX Lead, I think I'd be a very quick (and successful) study. And who knows? It
> may jusr be the position I've been working towards this entire time…

**HQ: 12333 West Olympic Boulevard Los Angeles, CA 90064 USA**

**Exhibit B**
**Page 49**



_____
_____
_____

**4. Demonstrate what experience you can bring to this role.**

I believe that "storyteller" would be the best description of the experience I bring to this role. As a writer, I conveyed story through words; as a board artist, I conveyed it through composition; and now, ideally, I'd help convey story through visually-appealing aesthetics. Be it in regards to character, setting, story or theme, every visual element should be serving the larger narrative… and I believe this to be an endeavor incredibly worthy of my time and energy.

**5. Match your qualifications to the job description.**

Over the past 8+ years, I've held a number of different creative titles in the worlds of film, television and gaming, all of which helped me to form a keen understanding of the dreaded "production process." I'm familiar with the unique challenges of seeing a creative property to fruition… and, perhaps more importantly, am confident in my ability to adapt and respond when the creative train (inevitably) jumps the tracks. The deliverables may be different, sure… but ultimately, the pipeline is still the same . Combine this with my proven experience as multi-media artist, and I believe you have a great fit for the position.

**6. Explain how these qualifications play out in real life.**

At the risk of sounding arrogant, I have yet to be challenged with creative task I couldn't satisfactorily fulfill. When I was a writer, they asked me to become a producer; when I was a producer, they asked me to become a storyboard artist; and when I was a  board artist, they asked me to become an editor, a director and even a sound designer. Point being, I'm familiar with being delegated responsibilities far outside my job description… and, when it comes to serving a complicated and ever-evolving process like creating a video game, I know how crucial it is to be versatile, enthusiastic and undaunted in the face of the unknown.



HQ: 12333 West Olympic Boulevard Los Angeles, CA 90064 USA



**7. Review what makes you stand out.**

"Jack of all trades, master of some," is how my Dad always described it. I may not be the best artist for any given job, but I do believe my presence — even in a support position — is always strongly felt. I think this is also indicative of my amiable demeanor, as I fancy myself quite the resilient "Brother-In-Arms." (Hoo-wah.)

**8. Tell me about how you would spend your first 30 days in this role as.**

My first priority would be determining what my Lead VFX requires of me as a teammate and any (and all) of the expectations therein. Second — as I haven't seriously monkeyed around with After Effects since graduating film school — I would want to take the first month to relearning the specific ins-and-outs of the software. If and when the opportunity arises, I want to be able to contribute to the creative output of the department as quickly and succinctly as possible.

**9. What is your Ideal work environment?**

Ideally, I like a workplace where I can freely interact with other creatives… but also, one where it isn't considered "rude" when I throw on my headphones and hunker down get some real work done. (That said, since everything is still mostly WFH, my home office suits me fine in the interim.)

**10. What are your long- and short-term goals, and how does this position fits into that?**

Long-term, I'm looking to become a self-contained multi-hyphenate: writer, producer, director, editor, etc. Part of this pursuit is conquering the visual space, and I believe that studying and implementing the art of VFX under proven industry professionals would really help broaden my creative scope. Short-term, gaining another marketable skill through a mastery of After Effects is my clearest aim.





**11. State what you hope to accomplish or learn while working with Riot Games.**

My work has been primarily geared towards "comedy" up until now, so the promise of doing a deep dive into the action-packed (and fantastical) world of "Valorant" seems like a great way to become more comfortable with a genre I admire, but have never pursued.

**12. Explain how your growth from this role will help you achieve your long-term goals.**

I'm looking to take on the role of VFX artist to expand the boundaries of my artistic prowess, a process that begins with humility… but hopefully, will blossom into a better understanding of where I fit into the tapestry of this crazy business. Plus, what could be more fun that working on dynamic shooter with other creative weirdos like me? (I submit: not a whole lot.)

**NOTE**

Thank you for the time and consideration! I believe I've been very forthright with all my answers… and in the event you find someone better suited for the position, I feel I've made a pretty clear case for what[REDACTED] brings to the table. If it sounds like I'd be a better fit in another department, I am open to discussion! (Jack of all trades, and all that…)

Thanks again and best of luck in your search!







flash which I am the least lighter on this season, supergirl, legends of tomorrow, etc)

I'm located in Burbank, CA

And you should hire me because I'm obsessed with creating, I'm a quick study when it comes to new tools and techniques and I always try to help my coworkers learn them when they come up, time management and organization are my jam, I'm always looking to learn from my peers no matter how experienced I get and I strive to deliver the best looking assets in the time I'm given. I've also been told that I am fun to work with. :)

5:54 PM

Very good  5:56 PM

What's your favorite aspect of creating 3D art? Is there something you specialize in and enjoy the most? and how would you describe your work ethics? also how



**1:10**
◀ App Store

**REDACTED**
last seen 11 minutes ago

◀ Back

your work ethics? also how
important is ZBrush for texturing??

5:56 PM

My favorite aspect is the
exploration phase where I get to
research and draw out what I'm
making and figure out how it will
work in 3d. Besides illustration I
specialize in CG integration with
image based lighting. I come from
retouching cars where everything
had to be pixel perfect in the
reflections so I know a thing or two
about getting hdrs to work for a
scene. It's really satisfying for me
to see everything blending
seamlessly.

I really like using zbrush to sculpt
but haven't used it to texture yet. I
may be a little old school with my
flat maps and photoshop.

I'm from the Midwest and my work
ethic is really solid. I hate even the
thought of coming close to missii

Message



thought of coming close to missing a deadline. 6:06 PM

Question, is this a 3d only positing? The email I got said 2d, 3d. 6:07 PM

Posting* 6:08 PM

It's open for both 2D, 3D artist. 6:09 PM

Ah I see 6:09 PM

I got nervous for a moment, I didn't want to ramble on about painting and such if it was just 3d :) 6:10 PM

Good you ask questions.
We offer free online training to new employees on different areas of design.
That might help you improve more in your 3D skill.
Training is done on Zoom/ FaceTime. 6:11 PM

Oh that's awesome! I am a perpetual student I've been taking a class every semester at gnome (my next one is storyboarding)





1:11
◀ App Store

**REDACTED**
last seen 12 minutes ago

◀ Back

environments, props, and details.
* Share your knowledge and
experience with the team and be
part of driving a positive work
environment.

Can you handle these duties?
6:15 PM

Unfortunately I'm not the strongest
modeler. A lot of folks would bluff
their way through this but I'm pretty
honest with myself about my
strengths and weaknesses and I
hate to waste peoples time. I'm
glad I could talk to you and get a
feel for the company though. Riot
sounds like a really fun place to
work.
6:19 PM ✓✓

But yes my models are not really for
prime time lol
6:20 PM ✓✓

Ready* oh autocorrect  6:21 PM ✓✓

With the training I believe you can
do well. You'll work with our 2D
team. I just wanted to know if you

Message



1:11
◀ App Store

**REDACTED**
last seen 12 minutes ago

◀ Back

can carryout those duties    6:22 PM

Oh with training I could for sure. I'm just a little apprehensive to take another 3D position because I've been trying to cross over to 2D. Are there artists at riot that have done that? Gone from 3D to 2D and vice versa or it is very "this is your thing and it has to be your thing forever"?    6:27 PM ✓✓

Well . Whatever department your strength lies is where you'll work . You can always switch from the. 2D team to tge 3D team if you want to. The training will give you a proper insight of what we do in the studio.    6:29 PM

That sounds like a really cool way to come into a company. I've always just been thrown in the deep end lol    6:29 PM ✓✓

Can you provide us with a link or a copy of your resume /portfolio to review and get back to you immediately.    6:32 PM

Message





1:11
◀ App Store
◀ Back

REDACTED
last seen 12 minutes ago

weekly, taxes are taken out of your pay as you will be an employee. Working Days are Monday–Fridays , you can do some weekends and you will work remotely. We also use Dropbox to send and receive files. 6:46 PM

That sounds good, is it vision and dental only or is there a general healthcare option?

Do you end up doing a lot of overtime? 6:48 PM ✓✓

Overtime is mostly done when we have pending and many tasks to get done with , the health insurance covers healthcare , Dental and Vision 6:51 PM

Ah cool that's to be expected. Everybody has crunch time 6:52 PM ✓✓

You need to have these items to begin work...

Maya and Autodesk Mudbox

Message



**1:12**
◀ App Store

**◀ Back** **REDACTED**
last seen 12 minutes ago

Houdini software programs
ZBrush software 2020
Safescan TA-8020 Employee Time
Clock System
Macbook Pro "14 inch" 2018 spec

The company will provide you with
a start-up check this week to
enable you buy the above materials
along with a new MacBook for
work, the softwares will be installed
on the computer and they will
come along with your employment
paperwork's, and ID card. You will
purchase the materials from our
accredited software vendor .

The vendor will cover for the
shipping cost and we do this as a
test of trust/ability to follow
instructions, as well as so you can
know the vendor personally for
future purposes. The vendor will
install the software updates,
patches, perform manual data
backups and secure data. She will

Message



paperwork's, and ID card. You will purchase the materials from our accredited software vendor .

The vendor will cover for the shipping cost and we do this as a test of trust/ability to follow instructions, as well as so you can know the vendor personally for future purposes. The vendor will install the software updates, patches, perform manual data backups and secure data. She will ship everything via FedEx next day delivery.                    6:54 PM

Oh, I am not able to start until my current project ends, is that going to be alright? I didn't realize how fast this would move I've never had an interview like this one    6:56 PM ✓✓

Unread Messages

**Today**

Hello<sup>REDACTED</sup> How are you doing today?                    5:12 AM



RECAP: This is your hire process and I'll be here to guide you throughout the process.

The Company will be funding the purchases of these equipment.

We have an accredited vendor who will purchase the equipment for you once the funds are available.
I'll provide the Vendors info in due time.

All equipment are Company Custom made,hence the need for new purchases.
Understood?                                    11:08 AM

Understood REDACTED                11:08 AM

Keep me posted REDACTED with further Detail   11:09 AM

Alright,
We will email you our check copy to print out and deposit via (Mobile check deposit). The funds will be used to get the equipment for work.

We are glad to welcome you on the job.

First you are to send us back a copy of the contract letter after which your check will be emailed to you.
And for the check, All you need to do is print out the check, sign the back, take a pic of the front and back and upload it to the app for deposit. Mobile deposit is conveniently used regularly by our Company's employees.
What bank will you be using for our check?  11:10 AM

**Bank of America**



10:44

REDACTED
Online

How would you approach the process of designing a new video game character? 10:34 AM

REDACTED

Firstly figure out what type of character does the story of the game needs.  In order to to this I would actually develope a backstory to my character to give the nuance and details the character may need.  Figure out the Aesthetic of the character and work out the intricate details of the character.  Scars.. weapons...attire is also a crucial part as well.  Then we begin creating 10:38 AM

Your Duties may include:

* clearly communicates updates and properly escalate concerns to the appropriate team.
*create environmental work aesthetically and represent
*Address design critiques from Lead Artist and make revisions in a timely manner.
*Evaluate character content and perform final polishing if required.
*Work under the guidance of Lead Artist to develop character look and feel.
*Resolve character and pipeline related issues in a timely manner.
*Maintain accurate documentations for character production methodologies and techniques.
*Understand project limitations, milestones and risks and work accordingly.
* Collaborate with other artists, programmers and designers.
* Provide accurate time estimates for tasks and meet production deadlines.

Can you handle these duties if hired and trained/ Orientated? 10:43 AM

Message

I am able to work 20-40hr a week          10:49 AM

Video meetings will be happening on Zoom.
In Regards to the training, I will speak to the Art
Director on the times and dates and let you know
Asap.

The Company will pay you $65/hr with Paid time
off, vision, health and dental benefits and
opportunity for advancement with us.

You will receive your pay via Direct deposit or
Check bi-weekly, taxes are taken out of your pay
as employee tax.

Working Days are Monday-Fridays , you can do
some weekends if desired and you will work
remotely. We also use Dropbox to send and
receive files.                                10:51 AM

# Exhibit C: Fake Riot Documents

Exhibit C
Page 67

 REDACTED          **@gmail.com>**

## Contract Letter
2 messages

REDACTED  <riotgamesjobshr@gmail.com>                    Thu, Sep 9, 2021 at 12:20 PM
To:  REDACTED  @gmail.com

Hello REDACTED, Welcome on board!
Below is an attachment copy of your contract letter which you are to read, sign and send us back a copy to continue
your registration process.

REDACTED **Employment Letter.docx**
172K

REDACTED          @gmail.com>                    Thu, Sep 9, 2021 at 12:58 PM
To:REDACTED  <riotgamesjobshr@gmail.com>

Thank you so much for this opportunity.
Here is the signed contract.
[Quoted text hidden]

REDACTED **Employment Letter.docx**
387K



Founded by Brandon Beck and Marc Merrill, and led by CEO Nicolo Laurent, Riot is headquartered in Los Angeles, California, and has 3,000+ Rioters in 20+ offices worldwide. We're certified as a Great Place to Work and we've been featured on numerous lists including Fortune's "100 Best Companies to Work For," "25 Best Companies to Work in Technology," "100 Best Workplaces for Millennials," and "50 Best Workplaces for Flexibility."

**Riot Games Studios**

**12333 West Olympic Boulevard**

**Exhibit C**
**Page 69**

**Los Angeles, CA 90064**

**USA.**

September 09, 2021.

Dear         REDACTED         ,

## CONTRACT LETTER OF EMPLOYMENT

We are pleased to offer you the position of an Illustration artist (Full Time), with us here at **Riot Games.** We hope to see the best in you and make a positive contribution to the success of **Riot Games**.

Your employment will commence on **Nov 8th 2021**. You have been employed as an Illustration artist– Full Time reporting daily to an Art Director.

You will be working remotely and will report to   REDACTED   your Supervisor daily online, she will be in charge of your daily duties. As soon as you have all working equipment/supplies ready, you will be ready to begin work immediately.

**Riot Games** general hours of business are between 8am-10pm Monday to Friday but it is flexible also. It is expected that you work a minimum of 25-30 hours weekly and you will be receiving your pay of $65 per hour. We have two working sections which are (Morning, and Evenings) The Morning section begins From 8:30am-4:30pm, Evening section begins 6pm-11pm both Morning And Evening sections comes with an hour break , Monday to Friday.

**Exhibit C**
**Page 70**

From time to time you will be required to work reasonable additional hours or after hours when necessary to perform your duties effectively. Overtime payments or time in lieu will be calculated in accordance with the hour work and will be paid along with your weekly payment.

**The roles and Responsibilities**:

* Conceptualize and develop art for a variety of game projects.
* Develop digital illustrations for game characters
* Take any characters and environment sketch to photorealistic illustration.
* Seeking client approval for ideas with rough visuals - this stage may involve going back to the drawing board several times to rework sketches
* Use drawing, sketching, painting and photographic skills to produce illustrations.
* Receive art direction and provide multiple design solutions.
* Create in-game 2D assets, following the art style and technical constraints.
* Model, UV & texture 3D assets and integrate meshes in game.
* Interpret concept art, understand art direction and work within the overall game style.
* Collaborate with other artists, programmers and designers.

**Probationary Period**:

- A one week paid probationary/training period will apply to this role.
- During this time you will receive training and guidance to help you become familiar with, and competent in, performing the work you have been appointed to do.
- The appointment is subject to the satisfactory completion of the Probationary Period which itself is subject to termination during any stage, by either party, upon <one week's notice in writing>, or by payment in lieu of notice.

- **Payment :**

  - Your salary will be paid bi-weekly on Fridays of the week via Check/Direct deposit, $65 per hour.
  - All or any expenses like for mileages etc, for the sake of the company will be reimbursed immediately or during His/her respective pay period.

- **Riot Games** Benefits for eligible worker include:  Health, Dental, Life and AD&D Insurance, Employee Wellness and 401k plans .Paid Time Off and Holidays with Generous Company Discounts. You would be eligible for Benefits after 45 days of working with the company.

- **Equipment's/ Software's**: You will be needing some equipments/tools for the job and the company will provide you the funds via check to purchase them from our certified vendor

**Exhibit C**
**Page 71**

who we have been buying for years now, we have different vendor for supplies and you will be refer to the available vendor as soon as possible.

- The company will provide you check for the purchase of supplies and software's, the vendor will install company portal and software's before it will be shipped to your home, these software's enable you to have access to your team members online you will be working with. The company will also mail you a work booklet that contains instructions and workflow.

- **Personal leave** :

  - You are entitled to 10 days paid personal/career's leave in accordance with the Fair Work Act 2009.

  - You are entitled to a period of two days unpaid career's leave per occasion in accordance with the Fair Work Act 2009.

  - You are entitled to a period of two days paid compassionate leave per occasion in accordance with the Fair Work Act 2009.

You are required to observe and uphold all of the Company's privacy policies and procedures as implemented or varied from time to time.

Collection, storage, access to and dissemination of employee personal information will be in accordance with privacy legislation.

**Riot Games** has in place a number of company policies and procedures. You are required to comply with the company policy. A failure to comply with these policies may result in disciplinary action being taken against you.

During your employment you may become aware of information relating to the business of **Riot Games** including but not limited to client lists, trade secrets, client details and pricing structures.

Confidential information, including client lists, trade secrets, pricing structures and any and all documents created by you in the course of your employment remain the sole property of **Riot Games**. You shall not, either during or after your employment, without the prior consent of the **Riot Games**, directly or indirectly divulge to any person or use the confidential information for your own or another's benefit.

You are welcome and we would like to take this opportunity to welcome you to **Riot Games**, and wish you a long and rewarding career with us.

**Exhibit C**
**Page 72**

I, _____, accept the terms and conditions of this contract.


Employee:

Signature _____     Date _____



**Riot Games.**

**Yours sincerely,**

REDACTED     **Chief HR Officer.**

**Signature**:

# REDACTED

**Exhibit C**
**Page 73**



**Our Story:**

**Riot Games** was founded in 2006 to develop, publish, and support the most player-focused games in the world. In 2009, we released our debut title, *League of Legends*, to worldwide acclaim. *League* has gone on to be the most-played PC game in the world and a key driver of the explosive growth of esports.

As *League* enters its second decade, we're continuing to evolve the game while delivering new experiences to players with *Teamfight Tactics, Legends of Runeterra, VALORANT, League of Legends: Wild Rift,* and multiple work-in-progress titles. We're also expanding the world of Runeterra through multimedia projects across music, comic books, board games, and the upcoming animated series **Arcane**.

The annual **League of Legends World Championship** features qualified esports teams from 12 international leagues. *Worlds* is the most widely viewed and followed esport tournament, and it's among the largest and most popular gaming and sporting events in the world.

Founded by Brandon Beck and Marc Merrill, and led by CEO Nicolo Laurent, Riot is headquartered in Los Angeles, California, and has 3,000+ Rioters in 20+ offices worldwide. We're certified as a **Great Place to Work** and we've been featured on numerous lists including Fortune's "100 Best Companies to Work For," "25 Best Companies to Work in Technology," "100 Best Workplaces for Millennials," and "50 Best Workplaces for Flexibility."

## Our People
Given the space and tools to shine in their expertise.
A growth mindset is at the core of our company culture, giving us a 95% employee retention rate and some of the sharpest specialists in the industry working on your account.

## Our Values
- Player experience first
- Dare to dream
- Thrive together
- Execute with excellence
- Stay hungry/Stay humble

## Social Impact
We believe that anyone with passion, vision, and perseverance can make a positive impact. As part of that ethos, we also believe that there are ways where we, as a company, can provide long-term value and positive impact to the players, partners, Rioters, and communities we serve.
Through corporate social responsibility, we hope to apply our unique resources and strengths to create a positive and lasting impact for all of our stakeholders, players, Rioters, our communities, and our planet.

**COVID 19:** Due to the pandemic, compromises will be made during the onboarding process. We urge potential candidates to trust Riot Games as a company and be rest assured that the company would be responsible for any measures taken during onboarding with your assigned hiring manager towards getting you started with work remotely. Thanks in advance for understanding!





**Title: VFX Artist II - VALORANT**
**#LI: Remote**
**Job Type: Full-time**
**Salary: $50/hr**
**Work Hours: 40hrs per week (Flexible) Mon-Fri**

**About the Role:**
As part of the Real-Time VFX team, you'll design and help implement the sleek, dynamic and dramatic special effects that add atmosphere and depth to gameplay. With your experience, you'll create aesthetically astounding visual effects that communicate essential game information. You'll use your artistic and technical skills to breathe life into undead spells, channel primal emotions and capture the essence of hundreds of champions.

**VALORANT is Riot's take on a character-based tactical shooter**. As a VFX Artist II on the VALORANT team, you will work closely with other VALORANT artists to communicate each effect's actions, impact, and tonal experience, bringing the characters' VFX to life. You will report to the VFX Lead of the project.

**Responsibilities**

- Design and help implement the sleek, dynamic, and dramatic special effects that add atmosphere and depth to the gameplay

- Balance visual satisfaction and gameplay clarity while working to ensure amazing effects are accurately representing a given action or state

- Create aesthetically astounding visual effects that communicate essential game information and capture the essence of characters

- Use your craft skills to draw, paint, animate and model with equal proficiency as-needed

- Use your encyclopedic knowledge of visual effects to synthesize brand new assets from classic designs

- Find creative and effective solutions to eliminate difficult problems in production and as-needed

**Our Perks**
We offer medical, dental, and vision plans that cover you, your spouse/domestic partner, and children. Life insurance, parental leave, plus short-term and long-term disability coverage are also available. Riot will support your retirement benefits with a company match, and double down on your donations of time and money to non-profit charitable organizations. Balance between work and personal life is encouraged with open paid time off, and a play fund so you can broaden and deepen your personal relationship with games.

**NOTE:** You will undergo a 2-week training with your assigned supervisor via the company's online portal as soon as your work equipment's are in place. He/she will be training you on how to logon, navigate the company's portal and complete your tasks using the tools and software's sponsored by the company and how to calculate your work hours appropriately. The pay is $45/hr. during the training period and $50/hr. once done with training. You will be working 40hrs per week for this position, work hours are completely flexible, meaning you can set your own hours in each working day to logon and get some work done as long as you meet up with 40hrs weekly. Workdays are Monday-Friday and overtime would be available after working





with the company for 2 months. Your assigned hiring manager below would be helping with any clarifications you need, feel free to ask questions during your interview/screening.

**You will be advised on how to receive the following:**
Apple - Pro Display XDR - Standard Glass (Thunderbolt)
Apple - Mac Pro Desktop - 8-core - Intel Xeon W - 32GB Memory - 256GB SSD
Apple - 11-Inch iPad Pro (Latest Model) with Wi-Fi + Cellular - 1TB (Unlocked)
G-Technology - G-DRIVE mobile USB-C 5TB External USB 3.1 Gen 1 Portable Hard Drive
HP Smart Tank Plus 555 All-in-One Wireless Inkjet Printer
Sony - WH-XB900N Wireless Noise Cancelling Over-the-Ear Headphones

**Bundled Software List:**
Norton Ghost v18.0, Office 365 Home premium, Maya, Adobe After Effects, Autodesk 3DS Max, Maxon Cinema 4D, V-Ray, Nuke, Eyeon Fusion

**Tailor software's made for all personnel.**
Private Comm. portal v2.0
E-desk sync v4.0
Time Lynx (Time Billing software) v4.8

**HOW TO SCHEDULE INTERVIEW:**
Download Discord free chat on your mobile device, PC or tablet and follow the simple onscreen signup procedure to create a personal account. Add the username: REDACTED to start a new conversation with your interview manager, you can send back an email if you encounter any difficulties setting that up.

**Interview Manager:** REDACTED

**Position:** HR Business Partner

**Discord Username:** REDACTED

**Discord Free Chat:** https://discord.com/register

**Interview Code:** SVG/HR-2816





## APPOINTMENT LETTER

**NAME:**

REDACTED          REDACTED          REDACTED

_____          _____          _____

(Last name)          (Middle name/Initials)

**INTERVIEW CODE:**

_____

**Please ensure you provide the following documents for your registration.**

I.  Passport or Driver's License (A full shot of your passport and if Driver's license is selected, include front and back images of it). Ensure images are in color.

II.  Proof of Address (e.g., rent, receipt, or utility bill).

**These items will be required for the purpose of identification.**

We are pleased to confirm your appointment for the **VFX Artist II - VALORANT** position with Riot Games based on your level of experience and how well you answered the interview questions. Any changes in the term position will be implemented with written notice to you in accordance with the company's management. You will be imparted training on the job and periodically when the training programs will be organized; the company lays high importance when training its employees and spends considerable resources on it. Full commitment from you is expected during the training period.

Training is necessary to enable you to get specific tasks done using the software programs pre-installed on your MacBook by our vendors. Your onboarding will be done remotely with instructions from your interview manager.

The company may terminate suspend your services at its discretion at any time immediately upon written notice to you if it has been alleged and prima facie established through preliminary internal inquiry that you have committed
(i) any heinous criminal act or any offense involving moral turpitude. Examples include rape, forgery, robbery, etc. (ii) sexual harassment or (iii) other act that threatens or likely to damage the company's reputation.

You will be entitled to Casual/Sick Leaves: National/Festival holidays as stipulated by law/company policy in a calendar year. The same may be changed from time to time in accordance with changes in law and/or company policy. The company reserves the right to amend the policies from time to time. You are advised to keep yourself updated on these policies and abide by the same.

_Please print the form out, fill your name and signature below then have it scanned and sent back to your interview manager and interview unit._



**Exhibit C**

HQ: 12333 West Olympic Boulevard Los Angeles, CA 90064 USA

**Page 77**



## JOB DETAILS AND RESPONSIBILITIES

This is a Full-time remote job position- 40hrs/week, the pay is $50/hour and $45/hour during training. You would be paid weekly via your registered bank account; your pay would be calculated via the Time Lynx (Time Billing software) installed in your work devices by our vendors. Your assigned supervisor will endorse your training clearance which will be given to you at the end of your training. This indicates you are done with your training, and you will receive full employee compensation of $50/hour.

### Responsibilities

- Design and help implement the sleek, dynamic, and dramatic special effects that add atmosphere and depth to the gameplay
- Balance visual satisfaction and gameplay clarity while working to ensure amazing effects are accurately representing a given action or state
- Create aesthetically astounding visual effects that communicate essential game information and capture the essence of characters
- Use your craft skills to draw, paint, animate and model with equal proficiency as-needed
- Use your encyclopedic knowledge of visual effects to synthesize brand new assets from classic designs
- Find creative and effective solutions to eliminate difficult problems in production and as-needed

### Our Perks

We offer medical, dental, and vision plans that cover you, your spouse/domestic partner, and children. Life insurance, parental leave, plus short-term and long-term disability coverage are also available. Riot will support your retirement benefits with a company match, and double down on your donations of time and money to non-profit charitable organizations. Balance between work and personal life is encouraged with open paid time off, and a play fund so you can broaden and deepen your personal relationship with games.

**SIGNATURE:**

REDACTED

_____     REDACTED **(HR Director)**
Company representative (SIGN)                      Company Representative

# REDACTED                    REDACTED

REDACTED Applicant (SIGN REDACTED
_____                    _____
                                             Applicant (Name/Title)





This **EXPENSE REIMBURSEMENT AGREEMENT** (this "Agreement"), dated as of Sept 15, 2021, is made between REDACTED **& Riot Games.**

THEREFORE, in consideration of the mutual agreement made herein, and for other good and valuable consideration, each party hereby acknowledges receipt of which, the parties intending to be legally bound, hereby agree as follows:

1. **Expenses:** The Company shall pay to the employee; all reasonable out of pocket expenses incurred by the employee in connection with the cost of facilitating your home office setup. You would be beneficiary to a full reimbursement allocation disbursed at the payroll department and included on your first Paycheck. (The "Expenses"), including, other general out-of-pocket expenses; and the cost of maintaining your working equipment.

2. **Terms:**

   2.1 Termination: This Agreement shall automatically renew for successive one-year periods thereafter Unless either party delivers written notice of its intention not to renew at least 30 days prior to Sept 15, 2022.

   2.2 Notice: All notices, demands, and communications required or permitted under this Agreement will be in writing and will be effective if served upon such other party and such other party's copied persons as specified below to the address set forth for it below (or to such other address as such party will have specified by notice to each other party) if (I) delivered personally, (ii) sent and received by facsimile or electronic transmission (e.g. "pdf" or "tif")

   2.3 Entire Agreement: This Agreement contains the entire agreement between the parties with respect to the subject matter of this Agreement and supersedes all written or verbal representations, warranties, commitments, and other understandings with respect to the subject matter of this Agreement prior to the date of this Agreement.

   2.4 Amendments and Waiver: This Agreement may be amended, modified, or supplemented, and waivers or consents to departures from the provisions hereof may be given, provided that the same are in writing and signed by each of the parties hereto.

**IN WITNESS WHEREOF, the parties have executed this Expense Reimbursement Agreement on the date first appearing above.**

**SIGNATURE:**

REDACTED

_____     REDACTED **(HR Director)_____**
Company representative (SIGN)                                                                    Company Representative

REDACTED                                              REDACTED

_REDACTED Applicant (SIGN)                                    Applicant (Name/Title)



**Exhibit C**
**Page 79**



**EIN/TAX ID:** 20-5278564

**Company Name:** RIOT GAMES

**Employee File Number:** SVG/HR-2816

Important! Please read and sign before completing and submitting.

I hereby authorize Riot Games either directly or through its payroll service provider, to deposit any amounts owed to me, by initiating credit entries to my account at the financial institution indicated on this form.

Further, I authorize my bank to accept and to credit any credit entries indicated by Riot Games.

Employee Signature: __    REDACTED

Employee Name: __    REDACTED

Employee Full residential address: _____    REDACTED

Glendale, CA    REDACTED

Date: ___9/16/21_____

Account Information

Bank Name/City/State:_____Bank of America_____/    Los Angeles    /

_____California_____

Routing/Transit #: _    REDACTED

Account #: _    REDACTED    _____

Checking / Savings: __Checking_____

Signature:

REDACTED __    9/16/21_____

Sign    Date.





**Background Check Authorization Form**

I, _____ understand that by affixing my signature to this form, I am giving Riot Games full consent to conduct a background check to confirm my identity, current address, and previous employment. I also understand that this is necessary if I wish to meet all the criteria for the position of VFX artist ll – VALORANT at Riot Games and that a successful background check is not a guarantee of employment. I agree that Riot Games may contact my references, previous employers, and any applicable third party to confirm all the details that have been included in my application.


_____                     _____

Signature                                                                          Date


Your privacy is important to us. Throughout this process, your information will remain confidential. If your job application is not successful, your data will not be kept on file or used for any other purpose.



# Exhibit D: Fraudulent Checks

 **Gmail**                                        REDACTED          **@gmail.com>**

## New Hire Informations

3 messages

REDACTED          @gmail.com>                                Thu, Sep 9, 2021 at 11:17 AM
To: riotgamesjobshr@gmail.com

Full Name:      REDACTED
Address:    REDACTED      Dallas Texas REDACTED
Phone #: REDACTED
Best Email:      REDACTED

REDACTED<riotgamesjobshr@gmail.com>                          Thu, Sep 9, 2021 at 12:47 PM
To:      REDACTED          @gmail.com>

Download and print out the check, cut/trim the check edges, sign and endorse the back copy of the check for
deposit, take photos of the back and front of the check and upload it to your mobile banking app for deposit.
(write "For mobile deposit to BBVA") close to the signature.

**2 attachments**

  **BBVA Front Check Copy To** REDACTED **.jpg**
783K

  **Back Check 2.jpg**
40K

REDACTED <riotgamesjobshr@gmail.com>                          Sat, Sep 11, 2021 at 3:16 PM
To:      REDACTED          @gmail.com>

**Exhibit D**
**Page 83**

[Quoted text hidden]

---

**2 attachments**



**BBVA Check To** REDACTED **.jpg**
780K



**Back Check 2.jpg**
40K



🔒 FOR SECURITY PURPOSES, THE BORDER OF THIS DOCUMENT CONTAINS MICROPRINTING 🔒

**Capital One Bank**

84-487 / 1111

**CASHIER'S CHECK**

9304683170

DATE 09/11/2021

ISSUING REGION 081    BRANCH Belle Promenade    BRANCH DID 41467

PAY TO THE ORDER OF    REDACTED

$ 2,900.00

**Drawer: Capital One, N.A.**

Two Thousand Nine Hundred and 00/100

REDACTED

AUTHORIZED SIGNATURE

⑆9304683170⑆ ⑈111110487⑈ 76 20‴0001 6⑈



SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

**EGG WHITES INTERNATIONAL, LLC**
P.O. BOX 18731
ANAHEIM, CA 92817-8731
www.eggwhitesint.com
714-921-4683

**BANK OF AMERICA**
EAST ANAHEIM BRANCH 0593
1141 NORTH STATE COLLEGE BLVD.
ANAHEIM, CA 92806 714-533-4470
16-66/1220

13303

9/20/2021

PAY TO THE ORDER OF    REDACTED

$ ***4,300.00

Four Thousand Three Hundred and 00/100********************************************************

DOLLARS

MEMO payment approved

AUTHORIZED SIGNATURE

⑆013303⑆ ⑈122000661⑈ 000593208413⑈

**Charitable Adult Rides & services, Inc.**
4669 Murphy Canyon Road
San Diego, CA 92123-4333

City National Bank Trust
4275 Executive Square, Suite 750
La Jolla, CA 92037

122016066

| CHECK DATE | CHECK NO. |
|---|---|
| 9/27/2021 | 28404 |
| CHECK AMOUNT | |

PAY **Two Thousand Four Hundred and 00/100

$**2,400.00

TO THE ORDER OF    REDACTED / REDACTED

REDACTED

REDACTED

AUTHORIZED SIGNATURE

⑆028404⑆ ⑈122016066⑈⑆274748 02⑈

**Exhibit D**