MARC E. MAYER (SBN 190969)
mem@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

THERESA B. BOWMAN (*admitted pro hac vice*)
tbb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
1818 N STREET NW, SUITE 700
WASHINGTON, DC 20036
Telephone: (202) 355-7900
Facsimile: (202) 355-7899

Attorneys for Plaintiff Riot Games, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIOT GAMES, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:21-cv-8800-SB-(JPR*x*)<br><br>Judge: Stanley Blumenfeld, Jr.<br><br>**DECLARATION OF DAN NABEL IN SUPPORT OF *EX PARTE* APPLICATION FOR LEAVE TO TAKE LIMITED IMMEDIATE DISCOVERY**<br><br>[*Ex Parte* Application and [Proposed] Order filed concurrently herewith] |

I, Dan Nabel, declare as follows:

1. I am a resident of the State of California and Associate General Counsel at Riot Games, Inc. ("Riot"). Except as expressly stated otherwise, I have personal knowledge of all of the facts set forth in this Declaration. If called and sworn as a witness, I could and would competently testify thereto.

2. Through my work at Riot, I am familiar with the appearance, value and use of the Riot Trademarks, as well as the efforts and investments Riot makes in order to protect its marks. I am also generally familiar with Riot's investigations into the misuse and misappropriation of its marks by third parties. In particular, I am familiar with the year-long investigation conducted by Riot beginning in November 2020 into the use of Riot marks by unknown individuals (*i.e.,* the "scammers") posing as Riot employees in order to carry out a scam on unsuspecting job applicants (*i.e.,* the "fake job scam").

3. I have been, and continue to be, involved in the investigations related to this lawsuit, and have access to and knowledge of the records of that investigation, including the documents attached as Exhibits to the Complaint filed in this case.

**Riot's Efforts To Protect Its Trademarks**

4. Riot is a Los Angeles-based video game company that develops and publishes video and computer games. Riot's products include the hugely popular multiplayer online games "League of Legends" and "Valorant," each of which is played by millions of people worldwide.

5. RIOT and RIOT GAMES are brand names under which Riot sells, distributes, and markets its goods and services. These goods and services include video games, video game tournaments, and a variety of related merchandise and consumer products. Sometimes the RIOT mark is accompanied by or included as part of a distinctive logo such as the following:

Mitchell Silberberg & Knupp LLP

2

13765351.3



For purposes of this Declaration, I will refer to "RIOT," "RIOT GAMES," and the Riot logo depicted above as the "RIOT Marks."

6. Riot uses the RIOT Marks in a number of ways. For example, the RIOT Marks are displayed on Riot's Internet website (www.riotgames.com) and on the websites for its popular games, such as League of Legends and Valorant. Additionally, the RIOT Marks are displayed on the "launch" screens for its games; on or in connection with a variety of merchandise, such as clothing and apparel (such as T-shirts, hats, sweatshirts, and jackets), bags and backpacks, figurines, mousepads, and gift cards; and in connection with professional and amateur esports events.

7. The RIOT Marks also appear on Riot's recruiting materials, including at job fairs and conferences, and on the recruiting page of its website. I have reason to believe that RIOT Marks have become known throughout the United States and the world by consumers, purchasers and members of the public as signifying products and services developed, sponsored, or endorsed by Riot.

8. Riot employs a number of artists and designers. Riot believes that its artists and designers are among the best in the world. Because of Riot's artists and designers, Riot has developed a recognizable design and artistic aesthetic. Riot's human resources department has advised me that Riot is considered to be a very desirable place for character and concept artists to work, and Riot receives a large number of job applications from aspiring artists, animators, and graphic designers. The Riot human resources department also has advised me that in order for Riot to

continue to make high-quality games, it must attract and maintain top job applicants. Riot thus devotes considerable resources to the successful recruitment of top artistic and design professionals.

### Riot's Investigation Into The Fake Job Scam

9.  In November 2020, Riot received the first of (what would become) many reports from members of the public regarding the existence of fraudulent job offers being sent by fake Riot google (gmail) accounts.

10. Initial reports were that the fake Riot accounts were specifically targeting artists on professional networking websites such as ArtStation, LinkedIn, and other social media platforms, while impersonating Riot's HR personnel.

11. As more reports began to reach Riot – I, along with a larger team of information security professionals, determined that the perpetrators of this scam were targeting Riot users and hopeful job applicants with a "fake job offer" scheme.

12. All of the reports we reviewed as part of our investigation followed a common pattern: the scam first begins with an unsolicited email or message from social media platforms sent from accounts masquerading as a Riot Human Resources Professional. The scammers' primary targets are artists with resumes and contact information freely available in ArtStation, LinkedIn, and other social media platforms online. Once communication is established, the scammers conduct an interview via chat with the potential victims on online communication or "chat" platforms such as Telegram, Discord, and ICQ New.

13. During the interview phase, the scammers ask questions about the candidate's background, job history, skills, and other information to mimic a standard job interview. After the interview, victims are informed that they have successfully onboarded with Riot. The scammers send fake job/onboarding documents to the victims, and inform the victims that they must provide their PII

and signature to sign the documents and receive the job. Once the signed documents have been received, the scammers instruct the victims to purchase the necessary tools for the job (iPads, Macbooks, software, etc.) with a so-called authorized partner vendor with the promise that the victims will be reimbursed via paper checks by the company.

14. Once the victims make the fraudulent purchases by sending cash payments via apps such as Zelle, Venmo, and other forms of money transfers, the scammers send the fake checks to the victim's email to be printed and deposited to their bank of choice. After the payments have been received from the victims, the scammers stop and block all communications. In the meantime, the victims soon discover that the "reimbursement" checks are fake and do not clear.

15. Our analysis of the reports and investigation concluded that, given the identical actions taken and tools (including scripts) used, the fake job scam was being perpetuated by the same individuals (i.e., the scammers) working together to employ the same, or identical methods.

16. Our investigation also revealed that the Fake Job Scam focused upon artists who shared their contact information publicly available on ArtStation and other social media platforms, where the scammers could easily gain access to conduct their attacks. We also confirmed that the majority of the cases reported are from North America, and many targets are located in California.

17. Prior to filing the above-captioned lawsuit, Riot also conducted an extensive investigation to determine the identity of the people responsible. ArtStation cooperated with our investigation, and informed us in November 2020 that none of the scammers had ArtStation accounts.

18. Another step we took in our investigation was to examine how the scammers discovered the real names and job titles of the real Riot employees they were impersonating, and whether that could tell us anything about who they are. Our Information and Security team determined that this information was likely

obtained from Linkedin profiles and/or other online sources such as Apollo.io and RocketReach.

19. Riot has also been in touch with law enforcement. However, thus far no law enforcement agency has been able to share information with us that would aid in the identification of the scammers. And, Riot continues to solicit and examine reports of the Fake Job Scam from the public.

20. Our investigation revealed that the scammers carry out the Fake Job Scam using accounts on Google (gmail), Discord, Telegram, and ICQ New.

21. For example, we found that the scammers used gmail accounts for the email addresses riotgamesartistcareers@gmail.com and riotgamesjobshr@gmail.com to carry out the scam. Our investigation shows that it is likely that Google possesses the email addresses, IP addresses, and other information used to create these email addresses.

22. Our investigation revealed that the scammers used a social media and chatroom service known as "Discord" to make contact with victims. The individuals used Discord to communicate with their targets, using the names of Riot employees. Our investigation shows that Discord likely will possess information such as the email address and IP address used to create the fake impersonator account.

23. Our investigation revealed that the scammers used Venmo, a payment processor and money transfer service that enables person-to-person financial transactions. The scammers created and used one or more Venmo accounts to collect payments from their victims, including @Ellen9691 and @lisedickson-30. Venmo requires that the person opening the account provide a name, email address, bank account number (if tied to a bank account) and other identifying information.

24. Our investigation revealed that the scammers also used Zelle, a second payment processor and money transfer service. The scammers used at least

three Zelle accounts to collect payments from scam victims: Kayla Pinedo Sorto, # 7047138860, Salid Garcia, # 9142996707, and Lisa Dickerson, # 6193828029. Like Venmo, Zelle requires that the person opening the account provide a name, email address, bank account number (if tied to a bank account) and other identifying information.

25. Lastly, our investigation revealed that the scammers used NameCheap, a domain name registrar, to register the domain name Riotgames.careers (the "Infringing Domain Name.") However, our investigation reflected that the scammers did so using tools or services provided by NameCheap to maintain "privacy." Thus, while our team conducted a search of the public facing NameCheap search tools for the owner of the Infringing Domain Name, the search results stated only that all information about the owner of that domain name has been "Redacted for Privacy."

26. It is Riot's sincere belief that it has exhausted all other avenues available to it to identify the scammers. Thus, the only way that Riot can move forward with its claims against the scammers is to serve subpoenas on the platforms or services listed above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of December, 2021 in Los Angeles, California.

_____
Dan Nabel