UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RIOT GAMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-10, inclusive, <br><br> Defendants. | Case No.  2:21-cv-08800-SB-JPR <br><br><br> ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION |

Generally, plaintiffs must serve process on defendants within 90 days of the filing of the complaint. *See* Fed. R. Civ. P. 4(m).  This matter was filed on November 10, 2021.  Dkt. No. 2.  Nine months have passed since the complaint in this case was filed, and Plaintiff has not filed a proof of service for any defendant. The Court granted Plaintiff's ex parte applications for leave to take limited expedited discovery to identify the Doe Defendants on December 20, 2021, Dkt. No. 15, and February 2, 2022, Dkt. No. 17, and Plaintiff has filed no proof that any of the Doe Defendants have been identified.

Plaintiff is ordered to show cause, in writing, no later than **August 24, 2022**, why this action should not be dismissed for lack of prosecution.  Failure to timely respond will result in dismissal without prejudice.

IT IS SO ORDERED.

Date: August 17, 2022

Hon. Stanley Blumenfeld, Jr.
United States District Judge